# United States District Court
for the
Western District of Washington

J.E.F.M., et al.

_____

*Plaintiff*

v.

Holder, et al.

_____

*Defendant*

Civil Action No. 14-1026

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Nathalie Asher, Field Office Director, Seattle Field Office, U.S. Immigration and Customs Enforcement
c/o Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Ahilan Arulanantham
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Tim Kandziora

*Signature of Clerk or Deputy Clerk*

Date: 7/18/2014