Form D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J E FM, Plaintiff | ) Case No: 2:14−cv−01026−TSZ |
| v. | ) |
| ERIC H. HOLDER, Defendant | |
| | ) |

NOTIFICATION OF REQUEST FOR VIDEO RECORDING

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case under the Judicial Conference Committee on Court Administration and Case Management Guidelines for the Cameras Pilot Project in the District Courts (see www.wawd.uscourts.gov/courtservices/camerasindex.htm).

Description of Proceeding: Motion Hearing

Date and time of scheduled proceeding: 9/3/2014 at 9:00 a.m.

Parties should complete the attached form, PARTY RESPONSE TO REQUEST FOR VIDEO RECORDING, and return it to the court before September 2, 2014.

August 28, 2014                              /s/ Gail Glass
Date                                         Deputy Clerk

Form E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

J E FM, Plaintiff                         ) Case No: 2:14−cv−01026−TSZ

v.
                                          )
ERIC H. HOLDER, Defendant

                                          )

PARTY RESPONSE TO REQUEST FOR VIDEO RECORDING

A request has been made for the following proceeding to be video recorded, under the Judicial Conference Committee on Court Administration and Case Management Guidelines for the Cameras Pilot Project in the District Courts (available at www.wawd.uscourts.gov/courtservices/camerasindex.htm).

Description of Proceeding: Motion Hearing

Date of scheduled proceeding: 9/3/2014

Check the appropriate boxe(s) below and on the next page to indicate whether you consent to the recording of some or all of this proceeding:

[ ] I consent to the recording of this entire proceeding.

[ ] I consent to the recording of some, but not all, of this entire proceeding.

> Explain the specific parts of the proceeding for which you do not consent to recording, and your reasons:

| Part of Proceeding | Reason Not to Video Record |
|---|---|
|  |  |
|  |  |
|  |  |

[ ] I consent to the recording of this proceeding. The following witnesses have expressed a preference not to be recorded, for the reasons indicated.

> Name the specific witnesses for whom you do not consent to recording, and explain your reasons:

| Witness Name | Reason Not to Video Record |
|---|---|
|  |  |
|  |  |
|  |  |

[ ] I do not consent to the recording of any of this proceeding.

> Explain your reasons for not consenting:

_____

_____

_____

I submit and sign this form on behalf of the party I represent and the witnesses I may call.

Signature: _____

Name (please print): _____

Position (e.g., attorney of record): _____

Date: _____

After completing this form, please e–mail it to: gail_glass@wawd.uscourts.gov.

**Do NOT file this form electronically with the Court.**