The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.E.F.M., a minor, by and through his Next Friend, Bob Ekblad, et al.,<br><br>　　　　　Plaintiffs-Petitioners,<br><br>　v.<br><br>Eric H. HOLDER, Attorney General of the United States, et al.,<br><br>　　　　　Defendants-Respondents. | Case No. 14-cv-01026-TSZ<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF PROCEEDINGS IN IMMIGRATION COURT** |

　　　　Plaintiffs file this short response to Defendants' notice regarding the recently-continued removal proceedings of J.E.F.M., J.F.M., and D.G.F.M. Plaintiffs sent an observer to that hearing, whose declaration is attached. *See* Dkt. 78, Decl. of Glenda M. Aldana Madrid. As the declaration describes, the Immigration Judge asked the children's mother to sit at counsel table and then, unprompted, asked her if she wanted more time to find an attorney. Only then did she respond that she did want more time, after which the Judge granted an eight month continuance.

　　　　In contrast, at other hearings taking place in Seattle on the same day, another child was forced to proceed by responding to the charges, and was given a three week continuance to find an attorney. That child was told that he would have to proceed without an attorney at his next hearing. Two other children who did not appear were ordered removed in absentia that day. *See id.* at ¶¶ 4-5.

PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE. - 1
(Case No. 14-cv-01026-TSZ)

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611
Fax (206) 587-4025

s/ Matt Adams<br>
MATT ADAMS, WSBA # 28287<br>
NORTHWEST IMMIGRANT RIGHTS PROJECT<br>
615 2nd Avenue, Suite 400<br>
Seattle, WA 98104<br>
(206) 957-8611<br>
(206) 587-4025 (fax)<br>
matt@nwirp.org

PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE. - 2
(Case No. 14-cv-01026-TSZ)

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
Telephone (206) 957- 8611
Fax (206) 587-4025