Honorable Thomas R. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.E.F.M., a minor, by and through his Next Friend, Bob Ekblad, et al.,<br><br>               Plaintiffs-Petitioners,<br><br>    v.<br><br>Eric H. HOLDER, Attorney General, United States, et al.,<br><br>             Defendants-Respondents. | No. 2:14-cv-01026<br><br>DEFENDANTS' ANSWER |

## I. Preliminary Statement

**1.** This paragraph consists of Plaintiffs' characterization of the lawsuit and, accordingly, no response is required. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

**2.** This paragraph consists of Plaintiffs' characterization of the lawsuit and, accordingly, no response is required. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

**3.** This paragraph consists of Plaintiffs' characterization of the lawsuit and legal conclusions to which no response is required. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

DEFENDANTS' ANSWER - 1
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**4.** This paragraph consists of Plaintiffs' characterization of the lawsuit and legal conclusions to which no response is required. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

**5.** This paragraph consists of Plaintiffs' characterization of the lawsuit and, accordingly, no response is required. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

**6.** This paragraph consists of Plaintiffs' characterization of the lawsuit and legal conclusions to which no response is required. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

**II. Jurisdiction and Venue**

**7.** Defendants admit the allegations in this paragraph.

**8.** Defendants deny that the statutory provisions listed in this paragraph provide the Court with subject matter jurisdiction over the claims made in this lawsuit.

**9.** Defendants admit that the Court has personal jurisdiction over Defendants in the Western District of Washington.

**10.** This paragraph contains legal conclusions to which no response is necessary. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

**11.** This paragraph contains legal conclusions to which no response is necessary. To that the Court requires a response, Defendants deny the allegations in this paragraph.

**12.** Defendants admit the allegations in the first sentence of this paragraph. Defendants lack sufficient information to admit or deny the allegations in the second sentence of this paragraph, except that Defendants deny that Plaintiffs J.E.F.M., J.F.M., and D.G.F.M.,

DEFENDANTS' ANSWER - 2
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

have removal proceedings scheduled because those proceedings have been administratively closed. Defendants deny the allegations in the third sentence of this paragraph.

**III.    Parties**

    **A.  Plaintiffs**

**13.** Defendants admit that Plaintiff J.E.F.M. is a native and citizen of El Salvador, but deny that he is 10 years old. Defendants lack sufficient information to admit or deny the allegations in the second sentence of this paragraph. Defendants admit the allegations in the third and fourth sentences of this paragraph. Defendants deny the allegations in the fifth sentence of this paragraph because Plaintiff J.E.F.M.'s removal proceedings have been administratively closed. Defendants lack sufficient information to admit or deny the allegations in the sixth sentence of this paragraph.

**14.** Defendants admit that Plaintiff J.F.M. is a native and citizen of El Salvador and that he is the older brother of J.E.F.M., but deny that he is 13 years old. Defendants lack sufficient information to admit or deny the allegations in the third sentence of this paragraph. Defendants admit the allegations in the fourth and fifth sentences of this paragraph. Defendants deny the allegations in the sixth sentence of this paragraph because Plaintiff J.F.M.'s removal proceedings have been administratively closed. Defendants lack sufficient information to admit or deny the allegations in the seventh sentence of this paragraph.

**15.** Defendants admit the allegations in the first and second sentences of this paragraph. Defendants lack sufficient information to admit or deny the allegations in the third sentence of this paragraph. Defendants admit the allegations in the fourth and fifth sentences of this paragraph. Defendants deny the allegations in the sixth sentence of this paragraph because Plaintiff D.G.F.M.'s removal proceedings have been administratively closed.

DEFENDANTS' ANSWER - 3
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

Defendants lack sufficient information to admit or deny the allegations in the seventh sentence of this paragraph.

**16.** Defendants admit that Plaintiff F.L.B. is a native and citizen of Guatemala, but deny that he is 15 years old. Defendants lack sufficient information to admit or deny the allegations in the second sentence of this paragraph. Defendants admit the allegations in the third sentence of this paragraph. Defendants admit that Plaintiff F.L.B. had a master calendar hearing in his removal proceedings on May 20, 2015. Defendants aver further that Plaintiff F.L.B.'s next master calendar hearing is scheduled for August 17, 2016. Defendants admit that F.L.B.'s hearings are set in Seattle, Washington, but Defendants lack sufficient information to admit or deny the allegation as to Plaintiff F.L.B.'s current representation status. Defendants admit the allegations in the sixth sentence of this paragraph. Defendants lack sufficient information to admit or deny the allegations in the seventh sentence of this paragraph.

**17.** The Court dismissed the claims of Plaintiff G.D.S. on April 13, 2015.

**18.** Defendants admit that Plaintiff M.A.M. is a native and citizen of Honduras but deny that he is 16 years old. Defendants lack sufficient information to admit or deny the allegations in the second and third sentences of this paragraph. Defendants admit the allegations in the fourth sentence of this paragraph. Defendants admit that Plaintiff M.A.M. had a master calendar hearing on November 20, 2014 and Defendants aver further that Plaintiff M.A.M's next master calendar hearing is set for October 15, 2015. Defendants admit the first part of the fifth sentence, but lack sufficient information as to his current representation status. Defendants admit the allegations in the sixth sentence of this paragraph.

**19.** Plaintiff S.R.I.C. was voluntary dismissed from this case. ECF No. 170.

DEFENDANTS' ANSWER - 4
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**20.** Plaintiff G.M.G.C. was voluntary dismissed from this case. ECF No. 170.

**21.** The Court dismissed the claims of Plaintiff A.E.G.E. on April 13, 2015.

**22.** The Court dismissed the claims of Plaintiff G.J.C.P. on April 13, 2015.

**23.** Defendants admit the allegations in the first sentence of this paragraph. Defendants lack sufficient information to admit or deny the allegations in the second sentence of this paragraph. Defendants admit the allegations in the third sentence of this paragraph and aver that Plaintiff J.E.V.G.'s immigration proceedings were reopened on January 29, 2015. Defendants deny the allegations in the fourth sentence of this paragraph because Plaintiff J.E.V.G. has found counsel to represent him in his removal proceedings. Defendants admit the allegations in the fifth sentence of this paragraph.

### B. Defendants

**24.** Defendants deny the first sentence of this paragraph. On May 5, 2015, the Court substituted Loretta E. Lynch for Eric H. Holder as Attorney General of the United States pursuant to Federal Rule of Civil Procedure 25(d). Taking this substitution into account, Defendants admit the remaining allegations in this paragraph.

**25.** Defendants admit the allegations in this paragraph.

**26.** Defendants admit the allegations in this paragraph.

**27.** Defendants deny that Thomas S. Winkowski is the head of U.S. Immigration and Customs Enforcement ("ICE"). On December 16, 2014, Sarah R. Saldaña was confirmed as the Assistant Secretary for ICE. Defendants admit that ICE enforces immigration and customs laws, and denies the remaining allegations in the first sentence. Defendants admit the remaining allegations in this paragraph.

**28.** Defendants admit the allegations in this paragraph.

DEFENDANTS' ANSWER - 5
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**29.** Defendants deny that Eskinder Negash is the Director of the Office of Refugee Resettlement ("ORR"). Robert Carey is the Director of ORR. Defendants admit the remaining allegations in this paragraph.

**30.** Defendants admit that that Bryan Wilcox is the Acting Field Office Director for the Seattle Field Office of ICE and is sued in his official capacity, but deny that the office has custody of any of the named Plaintiffs.

**31.** Defendants admit that that Lisa McDaniel is the Field Office Director for the Seattle Field Office of ICE and is sued in her official capacity, but deny that the office has custody of the named Plaintiffs.

**IV. Factual Background**

### A. Children Facing Deportation

**32.** This paragraph consists of Plaintiffs' characterization of the lawsuit and, accordingly, no response is required. To the extent that the Court requires a response, Defendants lack sufficient information to admit or deny the general allegations in this paragraph.

**33.** Defendants lack sufficient information to admit or deny the allegations in this paragraph.

**34.** Defendants deny the allegations in this paragraph.

### B. The Structure of Immigration Proceedings for Children

**35.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

DEFENDANTS' ANSWER - 6
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**36.** This paragraph contains Plaintiffs' general characterizations of immigration law rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**37.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**38.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**39.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**40.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**41.** Defendants lack sufficient knowledge or information to admit or deny the broad generalizations made in this paragraph. .

**42.** Defendants lack specific knowledge or information to admit or deny the

DEFENDANTS' ANSWER - 7
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

conclusions in this paragraph. Defendants aver further that the cited authorities speak for themselves.

**43.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited authorities speak for themselves.

**44.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants admit these allegations.

**45.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited authorities speak for themselves.

**46.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited authorities speak for themselves.

**47.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited authorities speak for themselves. Additionally, Defendants lack specific knowledge or facts concerning the Plaintiffs' abilities to comprehend their removal proceedings.

**48.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**49.** This paragraph contains Plaintiffs' general characterizations of removal proceedings, and the issues in this case, rather than specific alleged facts. Accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**50.** This paragraph contains Plaintiffs' general characterizations of removal proceedings, and the issues in this case, rather than specific alleged facts. Accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**51.** This paragraph contains Plaintiffs' general characterizations of removal proceedings, and the issues in this case, rather than specific alleged facts. Accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Additionally, on April 13, 2015, the Court held that it lacked jurisdiction to consider claims filed by Plaintiffs who have already been ordered removed in absentia. *See* Order at 11, ECF No. 114.

**C. The Federal Government's Response to the Legal Needs of Children**

DEFENDANTS' ANSWER - 9
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

### Facing Deportation

**52.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited publications speak for themselves.

**53.** Defendants lack specific knowledge or facts to admit or deny the allegation in the first sentence of this paragraph. Defendants admit the Government has prioritized the scheduling of initial master calendar hearings for removal proceedings of certain recent entrants into the United States, but deny that the removal proceedings of these individuals as a whole are otherwise "expedited." Defendants aver further that the cited publications speak for themselves.

**54.** Defendants admit the allegations in the first sentence. Defendants aver that the unknown sources referenced in the second sentence speak for themselves. To the extent that the court requires a response to the allegations in the second sentence, Defendants deny these allegations. Defendants admit that some unrepresented children have been granted voluntary departure or have been ordered removed either in absentia or at the conclusion of removal proceedings.

**55.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited publications speak for themselves.

DEFENDANTS' ANSWER - 10
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**56.** Defendants lack specific information to admit or deny the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

**57.** This paragraph contains Plaintiffs' general characterizations and predictions about the government's efforts to provide children with legal representation in removal proceedings rather than specific alleged facts. Accordingly, no response is required. To the extent that the Court requires a response, Defendants admit that the Government has programs in Houston and Los Angeles to pay for legal representation of some children but denies that these programs were recently initiated. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**58.** Defendants aver that the letter referenced in this paragraph urged Defendants to take measures to ensure that indigent children are provided legal representation. Defendants admit the remaining allegations in this paragraph.

**59.** The Defendants admit the allegations in this paragraph.

**60.** Defendants lack specific knowledge or facts to admit or deny the allegations in the first sentence of this paragraph. Defendants deny the allegations in the second sentence. Defendants admit that the justiceAmericorps program provides legal representation to unaccompanied children who are under the age of 16 but deny the remaining allegations in this paragraph. Defendants aver further that the cited publications speak for themselves.

**61.** Defendants aver that the cited Federal Register notice speaks for itself.

**62.** Defendants aver that the Federal Register notice cited in paragraph 61 speaks for itself.

**63.** Defendants aver that the cited report speaks for itself.

DEFENDANTS' ANSWER - 11
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**64.** Defendants aver that the citations speak for themselves.

**65.** This paragraph contains Plaintiffs' characterization of this lawsuit to which no response is required. To the extent that the Court requires a response, Defendants deny the allegations.

**D. The Plaintiffs**

**J.E.F.M.**

**66.** Defendants admit that Plaintiff J.E.F.M. is a native and citizen of El Salvador, but deny that he is 10 years old. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**67.** Defendants lack sufficient information to admit or deny the allegations in this paragraph.

**68.** Defendants admit the allegations in the first sentence of this paragraph. Defendants lack sufficient information to admit or deny the remaining allegations.

**69.** Defendants lack sufficient information to admit or deny the allegations in the first sentence of this paragraph. Defendants admit the allegations in the second, third, and fourth sentences of this paragraph. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph. Defendants aver further that J.E.F.M.'s removal proceedings were administratively closed on May 15, 2015.

**J.F.M.**

**70.** Defendants admit that Plaintiff J.F.M. is a native and citizen of El Salvador and that he is the older brother of J.E.F.M., but deny that he is 13 years old. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**71.** Defendants aver that J.F.M.'s removal proceedings were administratively

DEFENDANTS' ANSWER - 12
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

closed on May 15, 2015.

**D.G.F.M.**

**72.**     Defendants admit that Plaintiff D.G.F.M. is a native and citizen of El Salvador and that she is the older sister of J.E.F.M. and J.F.M. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**73.**     Defendants aver that D.G.F.M.'s removal proceedings were administratively closed on May 15, 2015.

**F.L.B.**

**74.**     Defendants admit that Plaintiff F.L.B. is a native and citizen of Guatemala, but deny that he is 15 years old. Defendants lack specific information to admit or deny the remaining allegations in this paragraph.

**75.**     Defendants lack specific information to admit or deny the allegations in this paragraph.

**76.**     Defendants admit that Plaintiff F.L.B. was apprehended by the Border Patrol in August 2013, and that he was later placed in the custody of ORR, but lack specific information to admit or deny the remaining allegations in this paragraph.

**77.**     Defendants admit the allegations in the first two sentences of this paragraph. Defendants lack specific knowledge or information to admit or deny the remaining allegations in this paragraph, but acknowledge that Casey Trupin has appeared as Plaintiff F.L.B.'s next friend.

**G.D.S.**

**78.**     The Court dismissed the claims of Plaintiff G.D.S. on April 13, 2015.

**79.**     The Court dismissed the claims of Plaintiff G.D.S. on April 13, 2015.

DEFENDANTS' ANSWER - 13
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**80.** The Court dismissed the claims of Plaintiff G.D.S. on April 13, 2015.

**M.A.M.**

**81.** Defendants admit that Plaintiff M.A.M. is a native and citizen of Honduras but deny that he is 16 years old. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**82.** Defendants lack sufficient information to admit or deny the allegations in this paragraph.

**83.** Defendants lack sufficient information to admit or deny the allegations in this paragraph.

**84.** Defendants admit that ICE arrested M.A.M. in September 2011 after he was released from local law enforcement custody and placed him into removal proceedings. Defendants admit that ICE then released M.A.M. to his mother.

**85.** Defendants admit that the Los Angeles Immigration Court has held multiple master calendar hearings during which M.A.M. was unrepresented by counsel. The Defendants deny the allegations in the second sentence of this paragraph and aver further that M.A.M's next master calendar hearing is scheduled for October 15, 2015. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**86.** Defendants admit that Rosa Pedro has appeared as M.A.M.'s next friend, but lack specific knowledge or facts to admit or deny the remaining allegations in this paragraph.

**S.R.I.C.**

**87.** Plaintiff S.R.I.C. was voluntary dismissed from this case. ECF No. 170.

**88.** Plaintiff S.R.I.C. was voluntary dismissed from this case. ECF No. 170.

**89.** Plaintiff S.R.I.C. was voluntary dismissed from this case. ECF No. 170.

DEFENDANTS' ANSWER - 14
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

90. Plaintiff S.R.I.C. was voluntary dismissed from this case. ECF No. 170.

91. Plaintiff S.R.I.C. was voluntary dismissed from this case. ECF No. 170.

92. Plaintiff S.R.I.C. was voluntary dismissed from this case. ECF No. 170.

**G.M.G.C.**

93. Plaintiff G.M.G.C. was voluntary dismissed from this case. ECF No. 170.

94. Plaintiff G.M.G.C. was voluntary dismissed from this case. ECF No. 170.

95. Plaintiff G.M.G.C. was voluntary dismissed from this case. ECF No. 170.

96. Plaintiff G.M.G.C. was voluntary dismissed from this case. ECF No. 170.

97. Plaintiff G.M.G.C. was voluntary dismissed from this case. ECF No. 170.

98. Plaintiff G.M.G.C. was voluntary dismissed from this case. ECF No. 170.

**A.E.G.E.**

99. The Court dismissed the claims of Plaintiff A.E.G.E. on April 13, 2015.

100. The Court dismissed the claims of Plaintiff A.E.G.E. on April 13, 2015.

101. The Court dismissed the claims of Plaintiff A.E.G.E. on April 13, 2015.

**G.J.C.P.**

102. The Court dismissed the claims of Plaintiff G.J.C.P. on April 13, 2015.

103. The Court dismissed the claims of Plaintiff G.J.C.P. on April 13, 2015.

104. The Court dismissed the claims of Plaintiff G.J.C.P. on April 13, 2015.

105. The Court dismissed the claims of Plaintiff G.J.C.P. on April 13, 2015.

106. The Court dismissed the claims of Plaintiff G.J.C.P. on April 13, 2015.

107. The Court dismissed the claims of Plaintiff G.J.C.P. on April 13, 2015.

108. The Court dismissed the claims of Plaintiff G.J.C.P. on April 13, 2015.

**J.E.V.G.**

DEFENDANTS' ANSWER - 15
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**109.** Defendants admit the allegations in in the first sentence of this paragraph. Defendants lack sufficient knowledge or facts to admit or deny the remaining allegations in this paragraph.

**110.** Defendants admit that Plaintiff J.E.V.G. was apprehended in Texas in July 2014, and that he was placed in ORR custody, but lack specific information to admit or deny the remaining allegations in this paragraph.

**111.** Defendants admit that Plaintiff J.E.V.G. was ordered removed in absentia in September 2014, and aver that his proceedings were reopened in January 2015. Defendants aver further that Plaintiff J.E.V.G. is now represented by counsel. ECF No. 139. Defendants deny the remaining allegations in this paragraph.

**112.** Defendants aver that J.E.V.G. is now represented by counsel in his removal proceedings, and deny the allegations in this paragraph.

## V. Legal Background

**113.** This paragraph contains Plaintiffs' legal arguments and characterization of the case, to which no response is required.

**114.** This paragraph contains Plaintiffs' legal arguments and characterization of the case, to which no response is required. Defendants aver further the legal provisions speak for themselves.

**115.** This paragraph contains Plaintiffs' legal arguments and characterization of the case, to which no response is required. Defendants aver further the legal provisions speak for themselves.

**116.** This paragraph contains Plaintiffs' legal arguments and characterization of the case, to which no response is required. Defendants aver further the legal provisions speak for

DEFENDANTS' ANSWER - 16
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

themselves.

**117.** This paragraph contains Plaintiffs' legal arguments and characterization of the case, to which no response is required. Defendants aver further the legal provisions speak for themselves.

## VI. Class Action Allegations

**118.** Defendants admit that Plaintiffs seek to certify a class, but deny that certification of the proposed class is permissible under the Federal Rules of Civil Procedure.

**119.** Defendants admit that Plaintiffs seek to certify a class, but deny that certification of the proposed class is permissible under the Federal Rules of Civil Procedure.

**120.** Defendants admit that Plaintiffs seek to certify a class, but deny that certification of the proposed class is permissible under the Federal Rules of Civil Procedure.

**121.** Defendants admit that Plaintiffs seek to certify a class, but deny that certification of the proposed class is permissible under the Federal Rules of Civil Procedure.

**122.** Defendants admit that Plaintiffs seek to certify a class, but deny that certification of the proposed class is permissible under the Federal Rules of Civil Procedure.

**123.** Defendants admit the allegations in this paragraph.

**124.** Defendants deny the allegations in this paragraph.

**125.** Defendants deny the allegations in this paragraph.

## VII. Claims for Relief

### FIRST CAUSE OF ACTION

### Violation of the Immigration and Nationality Act

### (Against all Defendants by All Plaintiffs)

**126.** Defendants incorporate their responses to each and every allegation contained

DEFENDANTS' ANSWER - 17
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

in the preceding paragraphs.

**127.** Defendants admit the allegations in the first two sentences of this paragraph, but deny the allegations in the third sentence.

**128.** Defendants deny the allegations in this paragraph.

## SECOND CAUSE OF ACTION

### Violation of the Due Process Clause of the Fifth Amendment

### (Against All Defendants by All Plaintiffs)

**129.** Defendants incorporate their responses to each and every allegation contained in the preceding paragraphs.

**130.** Defendants deny the allegations in this paragraph.

**131.** Defendants deny the allegations in this paragraph.

**VIII. Prayer for Relief**

Defendants deny that Plaintiffs are entitled to relief requested.

### Affirmative Defenses

The Court lacks subject matter jurisdiction over Plaintiffs' claims.

DEFENDANTS' ANSWER - 18
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

DATED: May 22, 2015						Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

LEON FRESCO
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director

EREZ R. REUVENI
Senior Litigation Counsel

SARAH S. WILSON
Trial Attorney

 s/ William C. Silvis
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
District Court Section
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel.:  (202) 307-4693
Fax:  (202) 305-7000
E-mail: william.silvs@usdoj.gov

DEFENDANTS' ANSWER - 19
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

s/ William C. Silvis<br>
WILLIAM C. SILVIS<br>
Assistant Director

DEFENDANTS' ANSWER - 20
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000