Honorable Thomas R. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.E.F.M., a minor, by and through his Next Friend, Bob Ekblad, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>Loretta Lynch, Attorney General, United States, et al.,<br><br>Defendants-Respondents. | No. 2:14-cv-01026<br><br>DEFENDANTS' NOTICE OF PROPOSED ACTION BY THE DEPARTMENT OF HEALTH AND HUMAN SERVICES CONCERNING NEW FUNDING FOR REPRESENTATION OF UNACCOMPANIED ALIEN CHILDREN |

Defendants hereby notify the Court of significant impending action that substantially supports Defendants' pending motions to certify an interlocutory appeal and to stay these proceedings pending the outcome of that appeal. *See* ECF 132, 133.

On June 15, 2015, the Department of Health and Human Services (HHS), which is statutorily responsible for the care and placement of unaccompanied alien children (UACs) in the United States, determined that funding is available in its remaining FY 2015 budget to issue Requests for Proposals (RFP) for contracts to provide legal services and direct representation to unaccompanied alien children. *See* HHS, Solicitation for Legal Services Providers, *available at*

NOTICE REGARDING REPRESENTATION OF
MINORS THROUGH AGENCY FUNDING   -0-
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 532-4700
FACSIMILE: (202) 305-7000

https://www.fbo.gov/spg/HHS/PSC/DAM/RFP15-233-SOL-00264/listing.html (last accessed June 15, 2015); Solicitation, RFP 15-233-SOL-00264 ("Solicitation") at 5-10, *available at* https://www.fbo.gov/utils/view?id=0e6942f920180ae358addb0a7cb4bcfb (last accessed June 15, 2015).[1] The RFP seeks multiple regionally-based vendors to provide all legal services to UACs, utilizing a five-year option contract starting August 15, 2015. *Id*. at 7-12, 27. Per the solicitation, the contractor selected shall provide, among other things: (1) "Pro Bono legal representation to the great extent practicable;" (2) "Direct representation to the greatest extent practicable;" (3) "Screenings for legal relief and for human trafficking concerns;" (4) "Friends of the court services where applicable and allowed under local immigration court rules;" and (5) "Know Your Rights (KYR) presentations." *Id.* at 6. The services are to be provided within a 100 mile radius of 23 geographic regions with UAC populations, including Seattle, WA. *Id.* at 7-8.

A second RFP seeks a contractor to provide child advocate services to UACs in nine specific jurisdictions. *See* Office of Refugee Resettlement, Solicitation, *available at* https://www.fbo.gov/index?s=opportunity&mode=form&id=ec51c3901da3286aaaf331fc50bd6bf2&tab=core&_cview=0 (last accessed June 15, 2015); Child Advocate Solicitation, https://www.fbo.gov/utils/view?id=ea50323f0340e34fc63215955d2519d2 (last accessed June 15, 2015). Specifically, the RFP seeks to establish a program where an "assigned child advocate spends time with the child and develops a relationship of trust with the child." Child Advocate

---

[1] Defendants formally request that the Court take judicial notice of both RFPs. The documents are formalized, public government documents reflecting an official request for bids on the provision of legal services. This is a quintessentially judicially noticeable document, as it is a verifiable adjudicative fact. *See, e.g.*, *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) ("It is appropriate to take judicial notice of this information, as it was made publicly available by government entities . . ., and neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein"); *County of Santa Clara v. Astra USA, Inc.,* 401 F. Supp. 2d 1022, 1024 (N.D. Cal. 2005) (taking judicial notice of information posted on a Department of Health and Human Services web site).

NOTICE REGARDING REPRESENTATION OF
MINORS THROUGH AGENCY FUNDING   -1-
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 532-4700
FACSIMILE: (202) 305-7000

Solicitation at 3. Duties will include: (1) "to develop a service plan with the shelter facility staff and child's attorney," (2) "visit the child regularly," (3) "explain communication limitations and confidentiality to the child," and (4) "obtain background information on the child, including information concerning the child's departure from his or her country of origin, the child's journey to the United States, the child's arrival in the United States, the period between apprehension and transfer to HHS custody, and time in the United States before apprehension, if any." *Id.* In addition, child advocates will "help[s] the child process information and explain[] the consequences of decisions," assist "the child to make decisions in situations in which the child requests help," and assist children unable to make decisions on their own due to cognitive or other reasons pursue their best interest. *Id.*

These developments further demonstrate why a stay would neither harm any of the named Plaintiffs nor the larger general population of unaccompanied alien children in the United States with pending removal proceedings. Not only are none of the named Plaintiffs likely to face constitutional (or any other) harm during the period of the requested stay,[2] *see* ECF 154, Ex. A, but in light of HHS's proposal, many more unaccompanied alien children will be receiving legal assistance during the removal process. Because the Government's interlocutory appeal--assuming this Court permits it and the Ninth Circuit Court of Appeals agrees to hear it--will be fully briefed by the parties during the period when these funds will be expended to provide legal assistance, the best course of action is to certify and stay this

---

[2] As argued in Defendant's opposition to Plaintiff's motion seeking leave to file a surreply of the six remaining Named Plaintiffs: (a) three have administratively closed proceedings and have already received asylum status; (b) one has been granted Special Immigrant Juvenile Status; (c) one has obtained an attorney and is not scheduled for a merits hearing until after his eighteenth birthday; and (d) one was granted a continuance for more than a year (which could likely be longer than the requested stay period) in order to have sufficient time to file a non-adversarial asylum application with USCIS, just as the other Plaintiffs have successfully done. ECF 158 at 1-2. In short, Plaintiffs cannot show that any of the Named Plaintiffs are likely to face a merits removal hearing (much less be ordered removed) while unrepresented and under age during the period of the requested stay. *Id.* at 3.

NOTICE REGARDING REPRESENTATION OF
MINORS THROUGH AGENCY FUNDING   -2-
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 532-4700
FACSIMILE: (202) 305-7000

litigation to ensure that this matter is properly within this Court's jurisdiction before proceeding any further with what could be unnecessary resource-intensive and substantially burdensome litigation.

DATED: June 17, 2015    Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

LEON FRESCO
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

SARAH WILSON
Trial Attorney

/s/ Erez Reuveni
EREZ R. REUVENI
Senior Litigation Counsel
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 307-4293
Fax: (202) 305-7000
E-mail: erez.r.reuveni@usdoj.gov

NOTICE REGARDING REPRESENTATION OF
MINORS THROUGH AGENCY FUNDING   -3-
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 532-4700
FACSIMILE: (202) 305-7000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this June 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

s/ Erez R. Reuveni<br>
EREZ R. REUVENI<br>
Senior Litigation Counsel

NOTICE REGARDING REPRESENTATION OF MINORS THROUGH AGENCY FUNDING -4-
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 532-4700
FACSIMILE: (202) 305-7000