1

2

3

4

5

6                       UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8    J.E.F.M., et al.,

9                        Plaintiffs,

10            v.                                    C14-1026 TSZ

11   LORETTA E. LYNCH, et al.,                      MINUTE ORDER

12                        Defendants.

13
        The following Minute Order is made by direction of the Court, the Honorable
14   Thomas S. Zilly, United States District Judge:

15       (1)    Plaintiffs' motion for leave to file surreply, docket no. 156, is GRANTED.
     Both plaintiffs' surreply, docket no. 157-1, and defendants' sur-surreply, docket no. 158,
16   have been considered in connection with the other pending motions.

         (2)    Defendants' motion, docket no. 132, to certify the Order entered April 13,
17   2015, docket no. 114, for interlocutory appeal is GRANTED.  The Court is "of the
     opinion that such order involves a controlling question of law as to which there is
18   substantial ground for difference of opinion and that an immediate appeal from the order
     may materially advance the ultimate termination of the litigation."  28 U.S.C. § 1292(b).
19
         (3)    To the extent defendants' motion, docket no. 133, to hold all deadlines in
20   abeyance was previously deferred, <u>see</u> Minute Order at ¶ 3 (docket no. 136), it is now
     DENIED.  The parties shall comply with the initial disclosure requirements of Federal
21   Rule of Civil Procedure 26(a)(1) within twenty-eight (28) days of the date of this Minute
     Order.  The Court will issue a separate order explaining its reasons for denying a stay and
22   outlining a schedule for this case.

23

MINUTE ORDER - 1

1    (4)    Plaintiffs' motion for class certification, docket no. 117, is DENIED

2    without prejudice.  The Court will further address plaintiffs' motion for class certification
     in a subsequent order.

3    (5)    The Clerk is DIRECTED to send a copy of this Minute Order to all counsel

4    of record.

     Dated this 19th day of June, 2015.

5
                                                  William M. McCool
6                                                 Clerk

7                                                 s/Karen Dews
                                                  Deputy Clerk
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2