Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.L.B., a minor, by and through his Next Friend, Casey Trupin; et al.,<br><br>                 Plaintiffs-Petitioners,<br><br>    v.<br><br>Loretta E. LYNCH, Attorney General, United States; et al.,<br><br>                 Defendants-Respondents, | Case No.   2:14-cv-01026-TSZ<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND CASE MANAGEMENT DEADLINES |

STIP. TO EXTEND DEADLINES
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA 90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297

The parties, by and through their counsel of record, hereby submit the following Stipulation to Extend Case Management Deadlines. Although the parties are actively and diligently engaged in discovery, good cause exists to extend certain case management deadlines in order to accommodate the parties' discovery schedules. Specifically, the Court has ordered the disclosure of expert testimony by November 2, 2015 – in less than three weeks. Certain of the parties' expert witnesses will be unable to comply with that deadline due to other professional commitments and previously-scheduled travel plans.

In addition, the current discovery schedule contemplates that all motions related to discovery must be filed by November 25, 2015, and that discovery must be complete by December 18, 2015. Given that the Court directed Defendants to respond to Plaintiffs' first set of written discovery requests by October 1, 2015, and that the Court stayed Plaintiffs' noticed Rule 30(b)(6) deposition on Defendant DOJ until October 8, 2015, the schedule leaves less than two months for the parties to complete production of discovery, analyze the responses, determine whether motion practice is required, and then prepare any motions. The parties must also amend their pleadings, conduct depositions, and prepare expert witnesses during this time period.

The parties acknowledge that the Court's current schedule hews closely to the schedules the parties proposed in their Joint Status Report of May 29, 2015. Dkt. 155 at 8-9. Due to the parties' disputes regarding the appropriate scope of discovery in this case, which were not fully resolved until late August 2015, the parties were unable to conduct discovery during most of the summer. This has further compressed the current case management timetable.

In light of the competing professional commitments and travel plans of the expert witnesses, the complexity of this case, and the amount of discovery the parties must undertake in a relatively short time frame, the parties respectfully request a 30-day extension of the expert disclosure date and the subsequent case management deadlines, as described below. The

STIP. TO EXTEND CASE DEADLINES - 1
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA 90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297

1  parties' proposed schedule maintains the Court's previously-set dates for pretrial filings and
2  trial, but the parties would be amenable to resetting those dates in order to accommodate the
3  Court's calendar.

| Deadline | From | To |
|---|---|---|
| Disclosure of expert testimony | November 2, 2015 | December 2, 2015 |
| Discovery motions filed by | November 25, 2015 | December 23, 2015 |
| Discovery complete by | December 18, 2015 | January 22, 2016 |
| Dispositive motions filed by | January 28, 2016 | February 25, 2016 |
| All motions in limine filed by | March 31, 2016 | March 31, 2016 |
| Pretrial order due | April 18, 2016 | April 18, 2016 |
| Trial briefs, et al., due by | April 18, 2016 | April 18, 2016 |
| Pretrial conference | April 22, 2016 | April 22, 2016 |
| Bench trial | May 2, 2016 | May 2, 2016 |

14       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| ACLU Immigrants' Rights Project | Northwest Immigrant Rights Project |
|---|---|
| By: s/ Ahilan Arulanantham<br>    Ahilan Arulanantham, *pro hac vice*<br>    Cecillia Wang, *pro hac vice*<br>    Stephen Kang, *pro hac vice*<br><br>Attorneys for Plaintiffs | By: s/ Matt Adams (with permission)<br>    Matt Adams, WSBA # 28287<br>    Glenda M. Aldana Madrid, WSBA # 46987<br><br>Attorneys for Plaintiffs |
|  | United States Department of Justice<br><br>By: s/ William C. Silvis (with permission)<br>    William C. Silvis<br>    Leon Fresco<br>    Nicole Murley<br><br>Attorneys for Defendants |

       DATED this 14th day of October, 2015.

STIP. TO EXTEND CASE DEADLINES - 2
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA 90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, and the parties having shown good cause to extend the requested case management deadlines, it is hereby ordered that the case management deadlines are extended as follows:

| Deadline | Date |
| --- | --- |
| Disclosure of expert testimony | December 2, 2015 |
| Discovery motions filed by | December 23, 2015 |
| Discovery complete by | January 22, 2016 |
| Dispositive motions filed by | February 25, 2016 |
| All motions in limine filed by | March 31, 2016 |
| Pretrial order due | April 18, 2016 |
| Trial briefs, et al., due by | April 18, 2016 |
| Pretrial conference | April 22, 2016 |
| Bench trial | May 2, 2016 |

All other deadlines remain unchanged.

DATED:

Thomas S. Zilly
United States District Judge

STIP. TO EXTEND CASE DEADLINES - 3
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA 90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

By: s/ Ahilan Arulanantham<br>Ahilan Arulanantham, *pro hac vice*

STIP. TO EXTEND CASE DEADLINES - 4
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA 90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297