Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| F.L.B., a minor, by and through his Next Friend, Casey Trupin, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, United States, et al., <br><br> Defendants. | No. 2:14-cv-01026 <br><br> DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT <br><br> NOTE ON MOTION CALENDAR: <br> November 6, 2015 |

## DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Defendants do not oppose Plaintiffs' Motion for Leave to File a Third Amended Complaint, ECF No. 190. Defendants' non-opposition is not intended as a waiver of any argument regarding the legal viability of any of Plaintiffs' proposed amendments. Defendants instead plan to file a motion to dismiss the new claims and parties added in the Third Amended Complaint if and when the Court grants Plaintiffs leave to amend.[1]

---

[1] As an example, Defendants note, the Third Amended Complaint improperly adds U.S. Citizenship and Immigration Services ("USCIS") as a Defendant, even though Plaintiffs have

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT - 1
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 598-2445
FACSIMILE: (202) 305-7000

DATED: November 2, 2015

Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant
Attorney General

LEON FRESCO
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

*s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
Office of Immigration Litigation
District Court Section
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 598-2445
Fax: (202) 305-7000
E-mail: joseph.a.darrow@usdoj.gov

---

not alleged that USCIS violated any of the Plaintiffs' statutory or constitutional rights or even owes any duty whatsoever to the Plaintiffs.

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE THIRD
AMENDED COMPLAINT - 2
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 598-2445
FACSIMILE: (202) 305-7000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day of November 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
Office of Immigration Litigation
District Court Section
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel.:  (202) 598-2445
Fax:  (202) 305-7000
E-mail: joseph.a.darrow@usdoj.gov

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE THIRD
AMENDED COMPLAINT - 3
Case No. 2:14-cv-01026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P.O. BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 598-2445
FACSIMILE: (202) 305-7000