Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.L.B., a minor, by and through his Next Friend, Casey Trupin; et al.,<br><br>　　　　　　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>Loretta E. LYNCH, Attorney General, United States; et al.,<br><br>　　　　　　　Defendants-Respondents. | Case No.  2:14-cv-01026-TSZ<br><br>STIPULATED MOTION AND PROPOSED ORDER TO EXTEND CASE MANAGEMENT DEADLINE<br><br>NOTE ON MOTION CALENDAR: December 15, 2015 |

STIP. TO EXTEND CASE DEADLINE
Case No. 2:14-cv-01026-TSZ

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 SECOND AVE., STE. 400
SEATTLE, WA 98104
TEL. (206) 957-8611
FAX (206) 587-4025

1  The parties, by and through their counsel of record, hereby submit the following stipulation to extend the deadline to disclose experts pursuant to Federal Rule of Civil Procedure 26(a)(2). The parties are currently awaiting a ruling from this Court on Defendants' motion to extend case management deadlines, Dkt. 205. This Court previously issued a brief extension of the expert disclosure deadline to December 15, 2015, in order to allow itself time to rule on Defendants' motion.

Because the Court has not yet ruled on Defendants' motion, and in order to allow the Court additional time to issue its ruling, and in order for the parties to comply with LCR 7(j), the parties hereby stipulate to extend the deadline to disclose experts until Monday, December 21, 2015.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| ACLU Immigrants' Rights Project | Northwest Immigrant Rights Project |
|---|---|
| By: s/Ahilan Arulanantham<br>Ahilan Arulanantham, *pro hac vice* | By: s/Matt Adams<br>Matt Adams, WSBA No. 28287 |
| Attorneys for Plaintiffs | |
| | United States Department of Justice |
| | By: s/William C. Silvis<br>William C. Silvis |
| | Attorney for Defendants |

DATED this 15th day of October, 2015.

STIP. TO EXTEND CASE DEADLINE - 1
Case No. 2:14-cv-01026-TSZ

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 SECOND AVE., STE. 400
SEATTLE, WA 98104
TEL. (206) 957-8611
FAX (206) 587-4025

**CERTIFICATE OF ECF FILING AND SERVICE**

I certify that on December 15, 2015, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
NORTHWEST IMMIGRANT
 RIGHTS PROJECT
615 2nd Avenue, Suite 400
Seattle, WA 98104
(206) 957-8646
(206) 587-4025 (fax)

STIP. TO EXTEND CASE DEADLINE - 2
Case No. 2:14-cv-01026-TSZ

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 SECOND AVE., STE. 400
SEATTLE, WA 98104
TEL. (206) 957-8611
FAX (206) 587-4025