Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.L.B., a minor, by and through his Next Friend, Casey Trupin; et al., | Case No.   2:14-cv-01026-TSZ |
| Plaintiffs-Petitioners, | PLAINTIFFS' NOTICE OF DISCLOSURE OF EXPERT REPORTS |
| v. | |
| Loretta E. LYNCH, Attorney General, United States; et al., | |
| Defendants-Respondents. | |

PLAINTIFFS' NOTICE OF DISCLOSURE
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA  90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297

**INTRODUCTION**

Pursuant to Rule 26(a)(2), this Court's scheduling orders, Dkt. 192, 206, and the parties' proposed stipulation to extend by one week the deadline for disclosing expert reports, Dkt. 211, Plaintiffs hereby provide notice that they have now disclosed their expert reports to Defendants. A copy of each of the three reports, along with accompanying exhibits, is attached here as Exhibits 1-3.

DATED this 23rd day of December, 2015.

ACLU IMMIGRANTS' RIGHTS PROJECT
ACLU OF SOUTHERN CALIFORNIA

By   s/ Ahilan Arulanantham
        Ahilan Arulanantham (*pro hac vice*)
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5211
(213) 417-2211 (fax)
Email:  aarulanantham@aclusocal.org

NORTHWEST IMMIGRANT RIGHTS
PROJECT

By   s/ Matt Adams
        Matt Adams, WSBA No. 28287
        Glenda M. Aldana Madrid, WSBA 46987
615 2nd Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)
Email: matt@nwirp.org
        glenda@nwirp.org

Theodore J. Angelis, WSBA # 30300
Todd Nunn, WSBA # 23267
Heidi Craig Garcia, WSBA # 41399
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email: theo.angelis@klgates.com
        todd.nunn@klgates.com
        heidi.garcia@klgates.com

PLAINTIFFS' NOTICE OF DISCLOSURE - 1
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA  90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Cecillia Wang, (*pro hac vice*)
Stephen Kang, (*pro hac vice*)
ACLU IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
(415) 343-0950 (fax)
Email: cwang@aclu.org
          skang@aclu.org

Carmen Iguina, (*pro hac vice*)
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5211
(213) 417-2211 (fax)
Email: ciguina@aclusocal.org

Kristen Jackson, (*pro hac vice*)
Talia Inlender, (*pro hac vice*)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
(213) 385-2977
(213) 385-9089 (fax)
Email: kjackson@publiccounsel.org
          tinlender@publiccounsel.org

Margaret Chen, WSBA No. 46156ACLU OF
WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
(206) 624-2184
Email: mchen@aclu-wa.org,

Emily Creighton (*pro hac vice*)
Kristin Macleod-Ball (*pro hac vice*)
Melissa Crow (*pro hac vice*)
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7500
(202) 742-5619 (fax)
Email: ecreighton@immcouncil.org
          kmacleod-ball@immcouncil.org
          mcrow@immcouncil.org

Attorneys for Plaintiffs-Petitioners

PLAINTIFFS' NOTICE OF DISCLOSURE - 2
Case No. 2:14-cv-01026-TSZ

**CERTIFICATE OF ECF FILING AND SERVICE**

I certify that on December 23, 2015, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

> s/ Ahilan Arulanantham
> Ahilan Arulanantham (*pro hac vice)*
> 1313 West 8th Street
> Los Angeles, CA 90017
> (213) 977-5211
> (213) 417-2211 (fax)
> Email:  aarulanantham@aclusocal.org

PLAINTIFFS' NOTICE OF DISCLOSURE - 3
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA  90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297