UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.L.B., et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>LORETTA E. LYNCH, et al.,<br><br>              Defendants. | C14-1026 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) A telephonic conference concerning defendants' motion to extend deadlines, docket no. 205, and plaintiffs' motions to compel discovery, docket nos. 213 and 214, is SCHEDULED for Thursday, January 14, 2016, at 10:00 a.m. Seattle time. The parties shall initiate the conference call and then contact the Court at (206) 370-8830. The deadline for disclosure of expert testimony is EXTENDED to January 15, 2016, subject to further order of the Court. The parties' stipulated motion to extend the expert disclosure deadline, docket no. 211, is STRICKEN as moot.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of December, 2015.

                                                    William M. McCool
                                                  Clerk

                                                  s/Karen Dews
                                                  Deputy Clerk

MINUTE ORDER - 1