1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

F.L.B., et al.,

                 Plaintiffs,

      v.

LORETTA E. LYNCH, et al.,

                Defendants.

C14-1026 TSZ

MINUTE ORDER

11

12

13

14

15

16

17

18

19

20

21

22

23

      A telephonic hearing having been conducted on January 14, 2016, during which plaintiffs were represented by Matt Adams, Theodore Angelis, and Stephen Kang, and defendants were represented by Leon Fresco, Vinita Andrapalliyal, Joseph Darrow, Nicole Murley, and William Silvis, the following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    For the reasons stated on the record, plaintiffs' motion to compel discovery of 230 "A" files, docket no. 213, is DENIED.

      (2)    For the reasons stated on the record, the following claims, which have been realleged in the Third Amended Complaint, are DISMISSED:  (i) the claims of J.E.F.M., J.F.M., and D.G.F.M., which were previously dismissed with prejudice as moot, *see* Order (docket no. 174); (ii) the claims of G.J.C.P., which were previously dismissed without prejudice for lack of jurisdiction, *see* Order at 11 (docket no. 114); and (iii) the claim (designated as the first cause of action) for violation of § 240(b) of the Immigration and Nationality Act, 8 U.S.C. § 1229a(b), which was previously dismissed for lack of jurisdiction, *see id.* at 22.

      (3)    Plaintiffs' third motion to certify a class, docket no. 191, is DENIED without prejudice.  The Court will issue a separate order explaining its reasons.  Any renewed motion to certify a class, which will be plaintiffs' last opportunity to seek class certification, shall be filed by February 4, 2016, and noted for February 26, 2016.

MINUTE ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

　　　　(4)　　　The deadline for defendants to file, in response to the Third Amended Complaint, a motion to dismiss or an answer, is EXPEDITED to February 4, 2016.  Oral argument on defendants' anticipated motion to dismiss and plaintiffs' anticipated fourth motion to certify a class is SCHEDULED for March 24, 2016, at 9:00 a.m.

　　　　(5)　　　For the reasons stated on the record, defendants' motion to continue trial and extend deadlines, docket no. 205, is GRANTED as follows.  The date on which a bench trial will commence is CONTINUED from May 2, 2016, to September 12, 2016.  Except as indicated in this Minute Order, all remaining related pretrial deadlines are STRICKEN and will be reset after the Court rules on the anticipated motions to dismiss and to certify a class.  Defendants shall serve and file their rebuttal expert reports by February 16, 2016.  Counsel shall confer concerning the exchange of any surrebuttal or supplemental expert reports.  The deadline for defendants to serve and file a report by their expert on plaintiffs' competency or capacity will be set after the Court rules on the anticipated motions.

　　　　(6)　　　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　　Dated this 14th day of January, 2016.

<div style="margin-left:50%">

William M. McCool____
Clerk

s/Karen Dews_____
Deputy Clerk

</div>

MINUTE ORDER - 2