UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

F.L.B., et al.,

                Plaintiffs,

     v.

LORETTA E. LYNCH, et al.,

                Defendants.

C14-1026 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) With regard to plaintiffs' fourth motion to certify class, docket no. 230, the parties are DIRECTED to file, on or before March 21, 2016, supplemental briefs, not to exceed ten (10) pages in length, regarding whether a class along the following lines, rather than the class and subclasses proposed by plaintiffs, should be certified:

> All individuals under the age of fourteen (14) who are (i) in removal proceedings on or after July 9, 2014, [[within the boundaries of the Ninth Judicial Circuit,]] which are not consolidated with the removal proceedings of a parent or legal guardian; (ii) without legal representation in such removal proceedings; (iii) financially unable to retain counsel; and (iv) potentially eligible for asylum under 8 U.S.C. § 1158 or other relief because of conditions in the family of origin or country of citizenship.[1]

---

[1] In requesting further briefing from the parties concerning the above proposed class, the Court does not mean to suggest how it will decide the issues (including improper venue) raised in defendants' motion to dismiss, docket no. 229. In addition, the Court does not intend to rule out from the definition of any class or subclass additional material characteristics of potential class members (for example, "inadmissible" versus "deportable" alien status, or "unaccompanied minor" status), and the parties should discuss in their supplemental briefs not only whether the above proposed requirements are appropriate, but also whether others should be incorporated.

MINUTE ORDER - 1

1 | In their supplemental briefs, the parties should address whether the Court, in assessing the ability of juveniles to navigate through removal proceedings without an attorney, should be guided by state law concerning, for example, (i) the age at which minors may be declared emancipated, *see* RCW 13.64.010 (age 16); *see also* Cal. Fam. Code § 7120 (age 14), and thereby have the right *inter alia* to sue, be sued, enter into contracts, and give informed consent for the receipt of health care services, *see* RCW 13.64.060(1); *see also* Cal. Fam. Code § 7050; (ii) the age at which children are presumed to have the capacity to commit crime, *see* RCW 9A.04.050 (age 12); *see also* Cal. Penal Code § 26 (age 14); *cf. In re E.P.*, 291 So.2d 238, 239 (Fla. Dist. Ct. App. 1974) (applying common law "rebuttable presumption that an infant between the ages of seven and fourteen is incapable of committing a crime"); (iii) the age at which juveniles may be prosecuted as adults for certain offenses, *see* RCW 13.04.030(e)(v) (exclusive adult criminal court jurisdiction over juveniles age 16 or older alleged to have committed an enumerated offense); RCW 13.40.110(1) (discretionary decline hearing may be conducted with respect to juvenile of any age); *see also* Cal. Welf. & Inst. Code § 707(d)(2) (age 14); Tex. Fam. Code § 54.02 (age 14); *cf. In re B.W.*, 313 S.W.3d 818 (Tex. 2010) ("child under fourteen cannot legally consent to sex"); and/or (iv) the age at which other rights generally associated with adulthood (*e.g.*, the privilege to drive, the right to marry, etc.) are or may be conferred on persons under the age of eighteen (18). The supplemental briefs shall also discuss whether the above proposed class would satisfy the criteria of Federal Rule of Civil Procedure 23(a) & (b)(2).

(2) Within seven (7) days of the date of this Minute Order, plaintiffs shall file the entire transcript of the deposition of Jack Weil.

(3) Defendants' motion to compel discovery, docket no. 244, is RENOTED to March 23, 2016. Any response shall be filed by 8:00 a.m., Seattle time, on March 21, 2016. Any reply shall be filed by noon, Seattle time, on March 23, 2016. The parties shall be prepared to address the motion at the hearing scheduled for March 24, 2016.

(4) At the hearing scheduled for March 24, 2016, the Court will first hear oral argument regarding defendants' motion to dismiss, docket no. 229, and then will hear from counsel about plaintiffs' fourth motion to certify class, docket no. 230, before turning to defendants' motion to compel discovery, docket no. 244.

(5) Defendants' motion to strike, docket no. 246, the Supplemental Declaration of Professor Laurence Steinberg, docket no. 242, is GRANTED.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

/ / /

/ / /

MINUTE ORDER - 2

DATED this 10th day of March, 2016.

                                             William M. McCool
                                           Clerk

                                           s/Karen Dews
                                           Deputy Clerk

MINUTE ORDER - 3