Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.L.B., a minor, by and through his Next Friend, Casey Trupin, et al.,<br><br>                    Plaintiffs-Petitioners,<br><br>   v.<br><br>Loretta E. LYNCH, Attorney General, United States, et al.,<br><br>                    Defendants-Respondents. | Case No. 2:14-cv-01026-TSZ<br><br>DEPOSITION TRANSCRIPT OF JUDGE JACK H. WEIL |

DEPO. TRANSCRIPT OF JUDGE WEIL
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA 90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297

Pursuant to this Court's Order of March 10, 2016, Dkt. 248, Plaintiffs hereby file the deposition transcript of the Honorable Jack H. Weil, with Judge Weil's errata sheet attached.

To avoid any confusion, Plaintiffs note that Government counsel also filed this transcript on January 11, 2016, but without the errata sheet. Dkt. 219-4. In addition, Plaintiffs' counsel filed a portion of this transcript (regarding Judge Weil's statements about teaching immigration law to three and four year olds) on November 13, 2015, *see* Exhibit F to Dkt. 202-1.

DATED this 17th day of March, 2016.

ACLU IMMIGRANTS' RIGHTS PROJECT
ACLU OF SOUTHERN CALIFORNIA

By  s/ Ahilan Arulanantham
    Ahilan Arulanantham (*pro hac vice*)
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5211
(213) 417-2211 (fax)
aarulanantham@aclusocal.org

NORTHWEST IMMIGRANT RIGHTS PROJECT

By  s/ Matt Adams
    Matt Adams, WSBA No. 28287
    Glenda M. Aldana Madrid, WSBA No. 46987
615 2nd Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)
matt@nwirp.org
glenda@nwirp.org

Theodore J. Angelis, WSBA No. 30300
Todd Nunn, WSBA No. 23267
Heidi Craig Garcia, WSBA No. 41399
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 623-7022 (fax)
theo.angelis@klgates.com
todd.nunn@klgates.com
heidi.garcia@klgates.com

DEPO. TRANSCRIPT OF JUDGE WEIL - 1
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA 90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297

1  Cecillia Wang (*pro hac vice*)
   Stephen Kang (*pro hac vice*)
2  ACLU IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
3  San Francisco, CA 94111
   (415) 343-0770
4  (415) 343-0950 (fax)
   cwang@aclu.org
5  skang@aclu.org

6  Carmen Iguina (*pro hac vice*)
   ACLU OF SOUTHERN CALIFORNIA
7  1313 West 8th Street
   Los Angeles, CA 90017
8  (213) 977-5211
   (213) 417-2211 (fax)
9  ciguina@aclusocal.org

10 Kristen Jackson (*pro hac vice*)
   Talia Inlender (*pro hac vice*)
11 PUBLIC COUNSEL
   610 South Ardmore Avenue
12 Los Angeles, CA 90005
   (213) 385-2977
13 (213) 385-9089 (fax)
   kjackson@publiccounsel.org
14 tinlender@publiccounsel.org

15 Margaret Chen, WSBA No. 46156
   ACLU OF WASHINGTON FOUNDATION
16 901 Fifth Avenue, Suite 630
   Seattle, WA 98164
17 (206) 624-2184
   mchen@aclu-wa.org
18
   Kristin Macleod-Ball (*pro hac vice*)
19 Melissa Crow (*pro hac vice*)
   AMERICAN IMMIGRATION COUNCIL
20 1331 G Street NW, Suite 200
   Washington, DC 20005
21 (202) 507-7500
   (202) 742-5619 (fax)
22 kmacleod-ball@immcouncil.org
   mcrow@immcouncil.org
23
   Attorneys for Plaintiffs-Petitioners

DEPO. TRANSCRIPT OF JUDGE WEIL - 2
Case No. 2:14-cv-01026-TSZ

ACLU OF SOUTHERN CALIFORNIA
1313 WEST 8TH STREET
LOS ANGELES, CA 90017
TELEPHONE: (213) 977-5211
FACSIMILE: (213) 977-5297

| | |
|---|---|
| 1 | CERTIFICATE OF ECF FILING AND SERVICE |
| 2 | I certify that on March 17, 2016, I arranged for electronic filing of the foregoing document |
| 3 | with the Clerk of the Court using the CM/ECF system, which will send notification of such filing |
| 4 | to all parties of record: |
| 5 | |
| 6 | /s/ Ahilan Arulanantham<br>Ahilan Arulanantham (*pro hac vice*) |
| 7 | 1313 West 8th Street<br>Los Angeles, CA 90017 |
| 8 | (213) 977-5211<br>(213) 417-2211 (fax) |
| 9 | aarulanantham@aclusocal.org |

DEPO. TRANSCRIPT OF JUDGE WEIL - 3
Case No. 2:14-cv-01026-TSZ