1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

F.L.B., et al.,

Plaintiffs,

v.

LORETTA E. LYNCH, et al.,

Defendants.

No. 2:14-cv-01026

DEFENDANTS' ANSWER TO THE
THIRD AMENDED COMPLAINT

I.      **Preliminary Statement**

**1.**      This paragraph consists of Plaintiffs' characterization of the lawsuit and, accordingly, no response is required. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

**2.**      This paragraph consists of Plaintiffs' characterization of the lawsuit and, accordingly, no response is required. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

**3.**      This paragraph consists of Plaintiffs' characterization of the lawsuit and legal conclusions to which no response is required. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

DEFENDANTS' ANSWER TO
THE THIRD AMENDED COMPLAINT - 1
Case No. 2:14-cv-01026

U S  DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O  BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

1

**4.**     This paragraph consists of Plaintiffs' characterization of the lawsuit and legal

2

3

conclusions to which no response is required. To the extent that the Court requires a response,

4

Defendants deny the allegations in this paragraph.

5

**5.**     This paragraph consists of Plaintiffs' characterization of the lawsuit and,

6

accordingly, no response is required. To the extent that the Court requires a response,

7

Defendants deny the allegations in this paragraph.

8

**6.**     This paragraph consists of Plaintiffs' characterization of the lawsuit and legal

9

conclusions to which no response is required. To the extent that the Court requires a response,

10

Defendants deny the allegations in this paragraph.

11

**II.     Jurisdiction and Venue**

12

**7.**     Defendants admit the allegations in this paragraph.

13

**8.**     Defendants deny that the statutory provisions listed in this paragraph provide

14

the Court with subject matter jurisdiction over the claims made in this lawsuit.

15

16

**9.**     Defendants admit that the Court has personal jurisdiction over Defendants in

17

the Western District of Washington.

18

**10.**     This paragraph contains legal conclusions to which no response is necessary.

19

To the extent that the Court requires a response, Defendants deny the allegations in this

20

paragraph.

21

22

**11.**      This paragraph contains legal conclusions to which no response is necessary.

23

To the extent that the Court requires a response, Defendants deny the allegations in this

24

paragraph.

25

26

DEFENDANTS' ANSWER TO
THE THIRD AMENDED COMPLAINT - 2
Case No. 2:14-cv-01026

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**12.** Defendants deny that venue is proper in this judicial district. The Court, however, has already considered and denied Defendants' motion to dismiss under Rule 12(b)(3). *See* ECF No. 264.

## III.   Parties

### A.  Plaintiffs

**13.** The Court dismissed J.E.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**14.** The Court dismissed J.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**15.** The Court dismissed D.G.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**16.** Defendants admit that F.L.B. is a native and citizen of Guatemala but deny that he is 16 years old. Defendants lack sufficient information to admit or deny the allegations in the second sentence of this paragraph. Defendants admit the allegations in the third sentence of this paragraph. Defendants admit that F.L.B. had a master calendar hearing in his removal proceedings on May 20, 2015.  Defendants aver further that F.L.B.'s next master calendar hearing is scheduled for August 17, 2016. Defendants admit that F.L.B.'s hearings are set in Seattle, Washington, but Defendants lack sufficient information to admit or deny the allegation as to F.L.B.'s current representation status. Defendants admit the allegations in the seventh sentence of this paragraph.  Defendants lack sufficient information to admit or deny the allegations in the last sentence of this paragraph.

**17.** Defendants admit that M.A.M. is a native and citizen of Honduras but deny

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

that he is 17 years old. Defendants lack sufficient information to admit or deny the allegations in the second and third sentences of this paragraph. Defendants admit the allegations in the fourth sentence of this paragraph. Defendants admit that M.A.M.'s removal proceedings remain ongoing, and aver that his next master calendar hearing is scheduled for July 28, 2016. Defendants lack sufficient information as to his current representation status. Defendants admit the allegations in the last sentence of this paragraph.

**18.** Defendants admit the allegations in this paragraph, except that Defendants lack sufficient information to admit or deny the allegations concerning A.E.G.E.'s current residence, his representation status, and the employment status of A.E.G.E.'s next friend. Defendants further aver that A.E.G.E.'s next hearing is scheduled for August 2016.

**19.** The Court dismissed G.J.C.P. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**20.** The Court dismissed J.E.V.G. from this case on April 15, 2016. *See* ECF No. 264. Accordingly, no further response is required from Defendants.

**21.** Defendants admit the allegations in this paragraph, except that they lack sufficient information to admit or deny E.G.C.'s current residence, his representation status, the current location of his mother, and the employment status of his next friend. Defendants further aver that E.G.C.'s next hearing is scheduled for June 2016.

**22.** Defendants admit the allegations in this paragraph, except that they lack sufficient information to admit or deny A.F.M.J.'s current residence or her representation status, and deny that she is 11 years old. Defendants aver further that A.F.M.J.'s next hearing is scheduled for June 2016.

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

23.      Defendants admit the allegations in this paragraph, except that they lack

sufficient information to admit or deny L.J.M.'s current residence or her representation status,

and deny that she is 3 years old.  Defendants aver further that L.J.M.'s next hearing is

scheduled for June 2016.

24.      Defendants admit the allegations in this paragraph, except that they lack

sufficient information to admit or deny M.R.J.'s current residence or his representation status,

and deny that he is a 1 year old.  Defendants aver further that M.R.J.'s next hearing is

scheduled for June 2016.

25.      Defendants admit the allegations in this paragraph, except that they lack

sufficient information to admit or deny J.R.A.P.'s current residence, his representation status,

or the relationship between Ms. Peguero and J.R.A.P.'s family. Defendants deny that J.R.A.P.

is 7 years old.  Defendants aver further that J.R.A.P.'s next hearing is scheduled for June

2016.

26.      Defendants admit the allegations in this paragraph, except that they lack

sufficient information to admit or deny K.N.S.M.'s current residence or her representation

status.  Defendants deny that K.N.S.M. is 9 years old.  Defendants aver further that

K.N.S.M.'s next hearing is scheduled for May 2016.

### B.  Defendants

27.      Defendants admit the allegations in this paragraph.

28.      Defendants admit the allegations in this paragraph.

29.      Defendants admit the allegations in this paragraph.

30.      Defendants admit the allegations in this paragraph.

U S  DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O  BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**31.** The Court dismissed the claims against León Rodríguez in his official capacity as Director of United States Citizenship and Immigration Services. *See* ECF No. 264. Accordingly, no further response is required from Defendants.

**32.** Defendants admit the allegations in this paragraph.

**33.** Defendants admit the allegations in this paragraph.

**34.** Defendants deny that that Bryan Wilcox is the Acting Field Office Director for the Seattle Field Office of ICE. The current Field Office Director is Nathalie Asher. Defendants deny that the Office has custody of any of the named Plaintiffs.

**35.** Defendants deny that that Lisa McDaniel is the Field Office Director for the Seattle Field Office of ICE and also deny that the Office has custody of any of the named Plaintiffs.

## IV. Factual Background

### A. Children Facing Deportation

**36.** This paragraph consists of Plaintiffs' characterization of the lawsuit and, accordingly, no response is required. To the extent that the Court requires a response, Defendants lack sufficient information to admit or deny the general allegations in this paragraph.

**37.** Defendants lack sufficient information to admit or deny the allegations in this paragraph.

**38.** Defendants deny the allegations in this paragraph.

### B. The Structure of Immigration Proceedings for Children

**39.** This paragraph contains Plaintiffs' general characterizations of removal

DEFENDANTS' ANSWER TO
THE THIRD AMENDED COMPLAINT - 6
Case No. 2:14-cv-01026

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**40.** This paragraph contains Plaintiffs' general characterizations of immigration law rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**41.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**42.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**43.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**44.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response,

DEFENDANTS' ANSWER TO
THE THIRD AMENDED COMPLAINT - 7
Case No. 2:14-cv-01026

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

1    Defendants deny these allegations.

2        **45.**    Defendants lack sufficient knowledge or information to admit or deny the

3    broad generalizations made in this paragraph.

4        **46.**    Defendants lack specific knowledge or information to admit or deny the

5    conclusions in this paragraph. Defendants aver further that the cited authorities speak for

6    themselves.

7        **47.**    This paragraph contains Plaintiffs' general characterizations of removal

8    proceedings rather than specific alleged facts and, accordingly, Defendants are not required to

9    respond to the allegations in this paragraph. To the extent that the Court requires a response,

10    Defendants deny these allegations. Defendants aver further that the cited authorities speak for

11    themselves.

12        **48.**    This paragraph contains Plaintiffs' general characterizations of removal

13    proceedings rather than specific alleged facts and, accordingly, Defendants are not required to

14    respond to the allegations in this paragraph. To the extent that the Court requires a response,

15    Defendants admit these allegations.

16        **49.**    This paragraph contains Plaintiffs' general characterizations of removal

17    proceedings rather than specific alleged facts and, accordingly, Defendants are not required to

18    respond to the allegations in this paragraph. To the extent that the Court requires a response,

19    Defendants deny these allegations. Defendants aver further that the cited authorities speak for

20    themselves.

21        **50.**    This paragraph contains Plaintiffs' general characterizations of removal

22    proceedings rather than specific alleged facts and, accordingly, Defendants are not required to

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited authorities speak for themselves.

**51.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited authorities speak for themselves. Additionally, Defendants lack specific knowledge or facts concerning the Plaintiffs' abilities to comprehend their removal proceedings.

**52.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**53.** This paragraph contains Plaintiffs' general characterizations of removal proceedings, and the issues in this case, rather than specific alleged facts. Accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**54.** This paragraph contains Plaintiffs' general characterizations of removal proceedings, and the issues in this case, rather than specific alleged facts. Accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations.

**55.** This paragraph contains Plaintiffs' general characterizations of removal

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

proceedings, and the issues in this case, rather than specific alleged facts. Accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Additionally, on April 13, 2015, the Court held that it lacked jurisdiction to consider claims filed by Plaintiffs who have already been ordered removed in absentia. *See* Order at 11, ECF No. 114.

### C. The Federal Government's Response to the Legal Needs of Children Facing Deportation

**56.**     This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited publications speak for themselves.

**57.**     This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited publications speak for themselves.

**58.**     Defendants lack specific knowledge or facts to admit or deny the allegation in the first sentence of this paragraph. Defendants admit the Government has prioritized the scheduling of initial master calendar hearings for removal proceedings of certain recent entrants into the United States, but deny that the removal proceedings of these individuals as a whole are otherwise "expedited." Defendants aver further that the cited publications speak for themselves, and that the Government issued guidance on February 3, 2016, setting forth that

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

initial master calendar hearings of certain recent entrants should be scheduled for no earlier than 30 days **and no more than 90 days from the immigration court's receipt of the Notice To Appear.** *See* **Print Maggard, Chief Immigration Judge (Acting) Revised Docketing Practices relating to Certain Priority Cases (Feb. 3, 2016).**

**59.** Defendants admit the allegations in the first sentence. Defendants aver that the unknown sources referenced in the second sentence speak for themselves. To the extent that the court requires a response to the allegations in the second sentence, Defendants deny these allegations. Defendants admit that some unrepresented children have pleaded to charges, been granted voluntary departure, or have been ordered removed either in absentia or at the conclusion of removal proceedings.

**60.** This paragraph contains Plaintiffs' general characterizations of removal proceedings rather than specific alleged facts and, accordingly, Defendants are not required to respond to the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny these allegations. Defendants aver further that the cited publications speak for themselves.

**61.** Defendants lack specific information to admit or deny the allegations in this paragraph. To the extent that the Court requires a response, Defendants deny the allegations in this paragraph.

**62.** This paragraph contains Plaintiffs' general characterizations and predictions about the government's efforts to provide children with legal representation in removal proceedings rather than specific alleged facts. Accordingly, no response is required. To the extent that the Court requires a response, Defendants admit that the Government has programs

DEFENDANTS' ANSWER TO
THE THIRD AMENDED COMPLAINT - 11
Case No. 2:14-cv-01026

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

in Houston and Los Angeles to pay for legal representation of some children but denies that these programs were recently initiated. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**63.** Defendants aver that the letter referenced in this paragraph urged Defendants to take measures to ensure that indigent children are provided legal representation. Defendants admit the remaining allegations in this paragraph.

**64.** The Defendants admit the allegations in this paragraph.

**65.** Defendants lack specific knowledge or facts to admit or deny the allegations in the first sentence of this paragraph. Defendants deny the allegations in the second sentence. Defendants admit that the justiceAmericorps program provides legal representation to unaccompanied children who are under the age of 16 but deny the remaining allegations in this paragraph. Defendants aver further that the cited publications speak for themselves.

**66.** Defendants aver that the cited Federal Register notice speaks for itself.

**67.** Defendants admit the allegations in the first sentence of this paragraph, and aver that the language of the Request for Proposals speaks for itself. Defendants lack specific knowledge or facts to admit or deny the allegations concerning the number of minors in removal proceedings without counsel.

**68.** Defendants aver that the cited report speaks for itself.

**69.** Defendants aver that the citations speak for themselves.

**70.** Defendants aver that the cited documents speak for themselves.

**71.** This paragraph contains Plaintiffs' characterization of this lawsuit to which no response is required. To the extent that the Court requires a response, Defendants deny the

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

allegations.

**D.  The Plaintiffs**

**J.E.F.M.**

72.  The Court dismissed J.E.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

73.  The Court dismissed J.E.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

74.  The Court dismissed J.E.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

75.  The Court dismissed J.E.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants..

**J.F.M.**

76.  The Court dismissed J.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

77.  The Court dismissed J.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**D.G.F.M.**

78.  The Court dismissed D.G.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

79.  The Court dismissed D.G.F.M. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

80.  The Court dismissed D.G.F.M. from this case on January 14, 2016. *See* ECF

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

No. 224. Accordingly, no further response is required from Defendants.

**F.L.B.**

81. Defendants admit the allegations in the first sentence of this paragraph, except that they deny that F.L.B. is 16 years old. Defendants lack specific information to admit or deny the remaining allegations in this paragraph.

82. Defendants lack specific information to admit or deny the allegations in this paragraph.

83. Defendants admit that F.L.B. was apprehended by the Border Patrol in August 2013, and that he was later placed in the custody of ORR, but lack specific information to admit or deny the remaining allegations in this paragraph.

84. Defendants admit the allegations in this paragraph. Defendants aver further that the immigration judge told F.L.B., at his May 2015 hearing, that he could file his asylum application with USCIS and could return to his next hearing, scheduled for August 2016, with proof of such filing.

85. Defendants admit that Casey Trupin has appeared as F.L.B.'s next friend but lack sufficient knowledge to admit or deny the remaining allegations in this paragraph.

**M.A.M.**

86. Defendants admit that M.A.M. is a native and citizen of Honduras but deny that he is 17 years old. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

87. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**88.** Defendants lack sufficient information to admit or deny the allegations in this paragraph.

**89.** Defendants admit that ICE arrested M.A.M. in September 2011 after he was released from local law enforcement custody and placed him into removal proceedings. Defendants admit that ICE then released M.A.M. to his mother.

**90.** Defendants admit the allegations in this paragraph, but lack sufficient information to admit or deny the allegations concerning assistance provided to him in filing a self-petition for Special Immigration Juvenile status, his ability to afford or obtain counsel for his removal proceedings, or his current representation status. Defendants further aver that his most recent hearing was held in April 2016, and his next hearing is scheduled for July 2016. Finally, Defendants deny that M.A.M.'s proceedings are adversarial.

**91.** Defendants admit that Rosa Pedro has appeared as M.A.M.'s next friend and is his mother, but lack specific knowledge or facts to admit or deny the remaining allegations in this paragraph.

**A.E.G.E.**

**92.** Defendants admit the allegations in first sentence of this paragraph, but lack sufficient information to admit or deny the remaining allegations.

**93.** Defendants admit the allegations in the first two sentences of this paragraph, except that Defendants lack sufficient information regarding who left A.E.G.E. at the border. Defendants admit further that A.E.G.E.'s mother is a lawful permanent resident and that he was eventually released to her custody, but lack sufficient information to admit or deny the remaining allegations in this paragraph.

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**94.**     Defendants admit that A.E.G.E. is presently in removal proceedings and that he was previously dismissed from this lawsuit. Defendants further aver that A.E.G.E's next hearing is scheduled for August 2016. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**95.**     Defendants admit that Ana Deutsch has appeared as A.E.G.E.'s next friend, but lack specific knowledge or facts to admit or deny the remaining allegations in this paragraph.

**G.J.C.P.**

**96.**     The Court dismissed G.J.C.P. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**97.**     The Court dismissed G.J.C.P. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**98.**     The Court dismissed G.J.C.P. from this case on January 114, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**99.**     The Court dismissed G.J.C.P. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**100.**     The Court dismissed G.J.C.P. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**101.**     The Court dismissed G.J.C.P. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

**102.**     The Court dismissed G.J.C.P. from this case on January 14, 2016. *See* ECF No. 224. Accordingly, no further response is required from Defendants.

DEFENDANTS' ANSWER TO
THE THIRD AMENDED COMPLAINT - 16
Case No. 2:14-cv-01026

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**J.E.V.G.**

**103.** The Court dismissed J.E.V.G. from this case on April 15, 2016. *See* ECF No. 264. Accordingly, no further response is required from Defendants.

**104.** The Court dismissed J.E.V.G. from this case on April 15, 2016. *See* ECF No. 264. Accordingly, no further response is required from Defendants.

**105.** The Court dismissed J.E.V.G. from this case on April 15, 2016. *See* ECF No. 264. Accordingly, no further response is required from Defendants.

**106.** The Court dismissed J.E.V.G. from this case on April 15, 2016. *See* ECF No. 264. Accordingly, no further response is required from Defendants.

**107.** The Court dismissed J.E.V.G. from this case on April 15, 2016. *See* ECF No. 264. Accordingly, no further response is required from Defendants.

**E.G.C.**

**108.** Defendants admit the allegations in the first sentence of this paragraph. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph, except that Defendants admit that he arrived at the United States border in November 2013, was taken into custody by CBP officers, and initially placed into consolidated removal proceedings with his mother and sisters.

**109.** Defendants lack sufficient information to admit or deny the allegations in this paragraph, expect that Defendants admit that E.G.C. had a master calendar hearing in December 2015. Defendants further aver that E.G.C.'s next hearing is scheduled for June 2016.

**110.** Defendants admit that Sonia McLeod has appeared in this case as E.G.C.'s

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

next friend, but lack sufficient information to admit or deny the remaining allegations in this paragraph.

**A.F.M.J.**

**111.** Defendants admit that A.F.M.J. was born in Mexico, but deny that she is 11 years old. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**112.** Defendants admit that A.F.M.J. was paroled into the United States in September 2014, but lack sufficient information to admit or deny the remaining allegations in this paragraph.

**113.** Defendants admit the allegations in the first sentence of this paragraph. Defendants admit the allegations in the second sentence of this paragraph, except that Defendants deny that the immigration judge stated that he would go forward with the case of A.F.M.J. or her siblings at their next hearing regardless of whether they have an attorney.

**114.** Defendants lack sufficient information to admit or deny the allegations in this paragraph, except that they admit that Maria Jimenez is A.F.M.J.'s mother and has appeared as A.F.M.J.'s next friend in this case.

**L.J.M.**

**115.** Defendants admit that L.J.M. was born in Mexico, but deny that she is 3 years old. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**116.** Defendants admit the allegations in the first sentence of this paragraph, but lack sufficient information to admit or deny the remaining allegations.

U S  DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O  BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**117.** Defendants admit the allegations in the first two sentences of this paragraph. Defendants aver further that L.J.M. has had four hearings and her next hearing is scheduled for June 2016. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph, except that they admit that Maria Jimenez is L.J.M.'s mother and she has appeared as L.J.M.'s next friend in this case.

**M.R.J.**

**118.** Defendants admit the allegations in the first sentence of this paragraph, but deny that M.R.J. is a 1 year old. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph, except that they admit that M.R.J. was paroled with his sisters and mother in September 2014.

**119.** Defendants admit the allegations in the first two sentences of this paragraph. Defendants aver further that M.R.J. has had four hearings, and her next hearing is scheduled for June 2016. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph, except that they admit that Maria Jimenez is M.R.J.'s mother, and she has appeared as M.R.J.'s next friend in this case.

**J.R.A.P.**

**120.** Defendants admit the allegations in the first two sentences of this paragraph, except that they deny that J.R.A.P. is 7 years old. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**121.** Defendants admit the allegations in the first three sentences of this paragraph, but lack sufficient information to admit or deny the remaining allegations.

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

**122.**     Defendants admit the allegation in the first sentence of this paragraph. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph, except that Defendants aver that J.R.A.P.'s next hearing is scheduled for June 2016.

**123.**     Defendants admit that Katherine Peguero appears in this case as J.R.A.P.'s next friend, but lack sufficient information to admit or deny the remaining allegations in this paragraph.

**K.N.S.M.**

**124.**     Defendants admit that K.N.S.M. is a native and citizen of Honduras, but deny that she is 9 years old. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

**125.**     Defendants admit the allegation in the first four sentences of this paragraph, but lack sufficient information to admit or deny the remaining allegations.  Additionally, Defendants lack sufficient information about the length of her interview with immigration authorities.

**126.**     Defendants admit the allegations in this paragraph, except that they lack sufficient information to admit or deny the allegations about her mother's resources, and Defendants further aver that K.N.S.M.'s next hearing is scheduled for May 2016.

**127.**     Defendants admit that K.N.S.M.'s mother, Eloisa Sarahi Mejia Sevilla, has appeared in this case as her next friend, but lack sufficient information to admit or deny the remaining allegations.

**V.     Legal Background**

U S  DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O  BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

128. This paragraph contains Plaintiffs' legal arguments and characterization of the case, to which no response is required.

129. This paragraph contains Plaintiffs' legal arguments and characterization of the case, to which no response is required. Defendants aver further the legal provisions speak for themselves.

130. This paragraph contains Plaintiffs' legal arguments and characterization of the case, to which no response is required. Defendants aver further the legal provisions speak for themselves.

131. This paragraph contains Plaintiffs' legal arguments and characterization of the case, to which no response is required. Defendants aver further the legal provisions speak for themselves.

132. This paragraph contains Plaintiffs' legal arguments and characterization of the case, to which no response is required. Defendants aver further the legal provisions speak for themselves.

## VI. Class Action Allegations

133. Defendants admit that Plaintiffs seek to certify a class, but deny that certification of the proposed class is permissible under the Federal Rules of Civil Procedure.

134. Defendants admit that Plaintiffs seek to certify a class, but deny that certification of the proposed class is permissible under the Federal Rules of Civil Procedure.

135. Defendants admit that Plaintiffs seek to certify a class, but deny that certification of the proposed class is permissible under the Federal Rules of Civil Procedure.

136. Defendants admit that Plaintiffs seek to certify a class, but deny that

U S DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

1  certification of the proposed class is permissible under the Federal Rules of Civil Procedure.

2      **137.**    Defendants admit that Plaintiffs seek to certify a class, but deny that

3  certification of the proposed class is permissible under the Federal Rules of Civil Procedure.

4      **138.**    Defendants admit the allegations in this paragraph.

5
6      **139.**    Defendants deny the allegations in this paragraph.

7      **140.**    Defendants deny the allegations in this paragraph.

8  **VII.    Claims for Relief**

9                          **FIRST CAUSE OF ACTION**

10             **Violation of the Immigration and Nationality Act**

11                  **(Against all Defendants by All Plaintiffs)**

12      **141.**    The Court dismissed this claim on January 14, 2016.  *See* ECF No. 224.

13  Accordingly, no further response is required.

14      **142.**    The Court dismissed this claim on January 14, 2016.  See ECF No. 224.

15  Accordingly, no further response is required.

16
17      **143.**    The Court dismissed this claim on January 14, 2016.  See ECF No. 224.

18  Accordingly, no further response is required.

19
20                     **SECOND CAUSE OF ACTION**

21       **Violation of the Due Process Clause of the Fifth Amendment**

22                  **(Against All Defendants by All Plaintiffs)**

23      **144.**    Defendants incorporate their responses to each and every allegation contained

24  in the preceding paragraphs.

25      **145.**    Defendants deny the allegations in this paragraph.

26

U S  DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O  BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

1       **146.**    Defendants deny the allegations in this paragraph.

2   **VIII.   Prayer for Relief**

3           Defendants deny that Plaintiffs are entitled to relief requested.

4

5

6                           **Affirmative Defenses**

7           The Court lacks subject matter jurisdiction over Plaintiffs' claims.

U S  DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O  BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

DATED:  May 16, 2016                    Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

LEON FRESCO
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director

EREZ R. REUVENI
Senior Litigation Counsel

SARAH S. WILSON
Trial Attorney

 s/ William C. Silvis
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
District Court Section
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel.:  (202) 307-4693
Fax:  (202) 305-7000
E-mail: william.silvs@usdoj.gov

DEFENDANTS' ANSWER TO
THE THIRD AMENDED COMPLAINT - 24
Case No. 2:14-cv-01026

U S  DEPARTMENT OF JUSTICE
CIVIL DIVISION, OIL-DCS
P O  BOX 868 BEN FRANKLIN STATION
WASHINGTON, DC 20044
TELEPHONE: (202) 307-4693
FACSIMILE: (202) 305-7000

1
2
3
4

**CERTIFICATE OF SERVICE**

5

        I HEREBY CERTIFY that on May 16, 2016, I electronically filed the foregoing with

6

the Clerk of the Court using the CM/ECF system, which will send notification of such filing

7

to all parties of record.

8
9
10
11
12
13

                                                                s/ William C. Silvis
                                                                WILLIAM C. SILVIS
                                                                Assistant Director

14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANTS' ANSWER TO
THE THIRD AMENDED COMPLAINT - 25
Case No. 2:14-cv-01026

                                    U S  DEPARTMENT OF JUSTICE
                                      CIVIL DIVISION, OIL-DCS
                                  P O  BOX 868 BEN FRANKLIN STATION
                                        WASHINGTON, DC 20044
                                      TELEPHONE: (202) 307-4693
                                      FACSIMILE: (202) 305-7000