Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| F.L.B., a minor, by and through his Next Friend, Casey Trupin; et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> Loretta E. LYNCH, Attorney General, United States; et al., <br><br> Defendants-Respondents. | Case No.  2:14-cv-01026-TSZ <br><br> PLAINTIFFS' MOTION TO REMOVE ROSA PEDRO AS NEXT FRIEND TO M.A.M. <br><br> NOTE ON MOTION CALENDAR: JULY 1, 2016 |

PLTFS' MOTION TO REMOVE R. PEDRO AS NEXT FRIEND.
Case No. 2:14-cv-01026-TSZ

K&L GATES  LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Plaintiffs respectfully move to remove Rosa Pedro as Next Friend to M.A.M. given that M.A.M. has now obtained the age of majority.

## Procedural History

The present action commenced July 9, 2014. At that time, plaintiff M.A.M. was 16 years old and in removal proceedings without legal representation. Due to his status as a minor, M.A.M. appeared by and through his Next Friend and mother, Rosa Pedro. Ms. Pedro has continued to serve as M.A.M.'s Next Friend throughout this suit. M.A.M. has now attained the age of majority, however, and a Next Friend for M.A.M. is no longer necessary or proper.

## Argument

### I.   This Court Should Remove Rosa Pedro As Next Friend to M.A.M.

FRCP 17 allows a minor who does not have a duly appointed representative to bring suit by a Next Friend or by a guardian ad litem. Fed. R. Civ. P. 17(c)(2). While a Next Friend represents the minor's interests during litigation, the minor remains the real party in interest throughout the suit. *See Wilson v. Luttrell*, 230 F.3d 1361, 2000 WL 1359624 at \*10 (6th Cir. 2000) (citing FRCP 17(c)). Once a minor attains the age of majority and has the capacity to sue on his or her own behalf, the Next Friend's authority to represent the minor's interests terminates. *Brown ex rel. Walker v. Irvin*, No. 08 CV 2637, 2011 WL 3876952, at \*1 (N.D. Ill. Aug. 30, 2011) (internal citation omitted). At such time, the Next Friend should be removed by the court. *See, e.g., id.* at \*1; *Wilson*, 2000 WL 1359624 at \*10; *Ju Shu Cheung v. Dulles*, 16 F.R.D. 550, 553 (D. Mass. 1954) (considering motion for removal of the plaintiff's father as Next Friend after the plaintiff reached the age of majority).

M.A.M. has attained the age of majority. As such, he can participate in this case on his own, and his mother, Rosa Pedro, no longer has representative authority. *See Brown*, 2011 WL 3876952, at \*1. The Court should therefore remove Rosa Pedro as Next Friend to M.A.M. *See Wilson*, 2000 WL 1359624 at \*10; *Ju Shu Cheung*, 16 F.R.D. at 553.

PLTFS' MOTION TO REMOVE R. PEDRO AS
NEXT FRIEND.- 1
Case No. 2:14-cv-01026-TSZ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Conclusion**

Pursuant to Rule 17(b) and 17(c)(2), Plaintiffs respectfully request that the Court remove Rosa Pedro as Next Friend to M.A.M.

Dated: June 9, 2016                           Respectfully submitted,

ACLU IMMIGRANTS' RIGHTS PROJECT
ACLU OF SOUTHERN CALIFORNIA

By  s/ Ahilan T. Arulanantham
Ahilan T. Arulanantham (*pro hac vice*)
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5211
(213) 977-5297 (fax)
Email: aarulanantham@aclusocal.org

NORTHWEST IMMIGRANT RIGHTS PROJECT

By  s/ Matt Adams
Matt Adams, WSBA No. 28287
Glenda M. Aldana Madrid, WSBA 46987
615 2nd Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)
Email: matt@nwirp.org
         glenda@nwirp.org

By  s/ Theodore J. Angelis
Theodore J. Angelis, WSBA # 30300
Todd Nunn, WSBA # 23267
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email: theo.angelis@klgates.com
         todd.nunn@klgates.com

Cecillia Wang, (*pro hac vice*)
Stephen Kang, (*pro hac vice*)
ACLU IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

PLTFS' MOTION TO REMOVE R. PEDRO AS
NEXT FRIEND.- 2
Case No. 2:14-cv-01026-TSZ

K&L GATES  LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

(415) 343-0770
(415) 343-0950 (fax)
Email: cwang@aclu.org
skang@aclu.org

Carmen Iguina, (*pro hac vice*)
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5211
(213) 417-2211 (fax)
Email: ciguina@aclusocal.org

Kristen Jackson, (*pro hac vice*)
Talia Inlender, (*pro hac vice*)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
(213) 385-2977
(213) 385-9089 (fax)
Email: kjackson@publiccounsel.org
tinlender@publiccounsel.org

Margaret Chen, WSBA No. 46156
ACLU OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
(206) 624-2184
Email: mchen@aclu-wa.org,

Kristin Macleod-Ball, (*pro hac vice*)
Melissa Crow, (*pro hac vice*)
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7500
(202) 742-5619 (fax)
Email: kmacleod-ball@immcouncil.org
mcrow@immcouncil.org

Attorneys for Plaintiffs-Petitioners

PLTFS' MOTION TO REMOVE R. PEDRO AS
NEXT FRIEND.- 3
Case No. 2:14-cv-01026-TSZ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on June 10, 2016, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

By   s/ Theodore J. Angelis
Theodore J. Angelis, WSBA # 30300
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email: theo.angelis@klgates.com

Counsel for Plaintiffs-Petitioners

PLTFS' MOTION TO REMOVE R. PEDRO AS NEXT FRIEND.- 4
Case No. 2:14-cv-01026-TSZ

K&L GATES  LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022