Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.L.B., a minor, by and through his Next Friend, Casey Trupin; et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> Loretta E. LYNCH, Attorney General, United States; et al., <br><br> Defendants-Respondents, | Case No.   2:14-cv-01026-TSZ <br><br> PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR FILING OF DISPOSITIVE MOTIONS AND MOTIONS IN LIMINE <br><br> NOTE ON MOTION CALENDAR: June 24, 2016 |

Plaintiffs hereby request that this Court grant a short extension of the current deadline to file dispositive motions and motions in limine. The current deadline for filing those motions is Thursday, July 7, 2016, which is before the date the Court has set for oral argument on the case schedule and is before the date the Court set for completing depositions. Plaintiffs therefore respectfully request that this Court—as an interim measure, before ruling on the case schedule as a whole—extend the deadline for dispositive motions and motions in limine by three weeks, to Thursday, July 28, 2016. Granting this request will allow the Court to avoid the administrative difficulties and potential disputes likely to occur if these motions are due before discovery is complete.

PLTFS' MOT. FOR EXT. OF DISP. MOT. DEADLINE - 1
Case No. 2:14-cv-01026-TSZ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

On April 18, 2016, this Court issued a case management order in this case, which set July 7, 2016, as the date for filing both dispositive motions and motions in limine. This Court set a trial date for September 12, 2016. Dkt. 265.

On April 29, 2016, Defendants filed a motion to extend case management deadlines, Dkt. 269, which Plaintiffs opposed, Dkt. 279.

On Friday, June 10, 2016, this Court issued a minute order that, among other things, set or reset a number of deadlines in the case. Dkt. 301. This order directed the parties to complete expert depositions by July 1, 2016, and fact depositions by July 15, 2016. *Id.* at 3.

In addressing Defendants' motion to extend case management deadlines, this Court clarified it "does not, at this time, continue the deadline for completing discovery or rule on defendants' motion . . . , docket no. 269." This Court set oral argument on Defendants' extension motion for July 8, to be heard the same day as Plaintiffs' preliminary injunction motion for Plaintiff F.L.B. *Id.* at 4.

Under the current schedule, the parties must file dispositive motions and motions in limine on July 7, which is the day before the hearing on Defendants' motion to extend case management deadlines. The July 7 deadline also falls less than one week after the parties are to complete expert depositions, and over one week before the parties are to complete fact depositions.

In order to give this Court time to resolve Defendants' motion to extend, without requiring the parties to file dispositive and in limine motions, Plaintiffs respectfully request that this Court grant a brief extension of the deadline for filing dispositive motions and motions in limine. *See* LCR 7(j) ("Parties should not assume that the motion will be granted and must comply with the existing deadline unless the court orders otherwise"). Plaintiffs request that those deadlines be extended to Thursday, July 28.

PLTFS' MOT. FOR EXT. OF DISP. MOT.
DEADLINE - 2
Case No. 2:14-cv-01026-TSZ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Plaintiffs contacted Defendants on Monday, June 13, asking if Defendants would agree to a limited extension of the dispositive motion and pretrial filing deadlines, as well as the trial date. On Wednesday, June 15, Defendants responded that they were still considering Plaintiffs' request. Later that day, Plaintiffs asked that Defendants provide a definitive response by the morning of Thursday, June 16, or otherwise join Plaintiffs in contacting the Court to seek clarification of the pending deadlines and if needed, to request a limited extension of the dispositive motion filing deadline. Today, on Thursday, June 16, Defendants responded that their "position is spelled out in Defendants' Motion to Extend the Case Management Deadlines, ECF No. 269, and we do not believe that stipulating to individual piecemeal deadlines is appropriate." Ex. A (June 16, 2016 Email from Will Silvis to Stephen Kang).

Plaintiffs therefore seek relief by this motion to avoid the potential need for incomplete summary judgment motions and motions in limine that may need to be supplemented, and to avoid any corresponding disputes as to the propriety of such supplementation.

DATED this 16th day of June, 2016.

K&L GATES LLP

By  s/ Theodore J. Angelis
Theodore J. Angelis, WSBA # 30300
Todd Nunn, WSBA # 23267
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email: theo.angelis@klgates.com
         todd.nunn@klgates.com

NORTHWEST IMMIGRANT RIGHTS PROJECT

By  s/ Matt Adams
    Matt Adams, WSBA No. 28287
    Glenda M. Aldana Madrid, WSBA 46987
615 2nd Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)

PLTFS' MOT. FOR EXT. OF DISP. MOT.
DEADLINE - 3
Case No. 2:14-cv-01026-TSZ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Email: matt@nwirp.org
glenda@nwirp.org

Ahilan Arulanantham (*pro hac vice*)
ACLU IMMIGRANTS' RIGHTS PROJECT
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5211
(213) 417-2211 (fax)
Email:  aarulanantham@aclusocal.org

Cecillia Wang, (*pro hac vice*)
Stephen Kang, (*pro hac vice*)
ACLU IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
(415) 343-0950 (fax)
Email: cwang@aclu.org
skang@aclu.org

Carmen Iguina, (*pro hac vice*)
ACLU OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5211
(213) 417-2211 (fax)
Email: ciguina@aclusocal.org

Kristen Jackson, (*pro hac vice*)
Talia Inlender, (*pro hac vice*)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
(213) 385-2977
(213) 385-9089 (fax)
Email: kjackson@publiccounsel.org
tinlender@publiccounsel.org

Margaret Chen, WSBA No. 46156
ACLU OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
(206) 624-2184
Email: mchen@aclu-wa.org,

PLTFS' MOT. FOR EXT. OF DISP. MOT.
DEADLINE - 4
Case No. 2:14-cv-01026-TSZ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Kristin Macleod-Ball (*pro hac vice*)
Melissa Crow (*pro hac vice*)
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7500
(202) 742-5619 (fax)
Email:
    kmacleod-ball@immcouncil.org
    mcrow@immcouncil.org

Attorneys for Plaintiffs-Petitioners

PLTFS' MOT. FOR EXT. OF DISP. MOT.
DEADLINE - 5
Case No. 2:14-cv-01026-TSZ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on June 16, 2016, I arranged for electronic filing of the foregoing document, along with attached Exhibit A and proposed Order, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

        s/ Theo Angelis
Theo Angelis
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email: theo.angelis@klgates.com

PLTFS' MOT. FOR EXT. OF DISP. MOT. DEADLINE - 6
Case No. 2:14-cv-01026-TSZ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT A

# Stephen Kang

| | |
|---|---|
| **From:** | Silvis, William (CIV) <William.Silvis@usdoj.gov> |
| **Sent:** | Thursday, June 16, 2016 9:15 AM |
| **To:** | Stephen Kang; Parascandola, Christina (CIV); Andrapalliyal, Vinita B. (CIV); Murley, Nicole (CIV) |
| **Cc:** | Matt Adams; Ahilan Arulanantham; theo.angelis@klgates.com; Kristen Jackson |
| **Subject:** | RE: JEFM/FLB v. Lynch - proposed stipulation to extend case mgmt deadlines |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Stephen,

Defendants' position is spelled out in Defendants' Motion to Extend the Case Management Deadlines, ECF No. 269, and we do not believe that stipulating to individual piecemeal deadlines is appropriate. We also think that the Court's position is clear concerning the current deadlines, but if Plaintiffs choose to call the Court, please inform us of the contents of that communication.

Thank you – Will

---

**From:** Stephen Kang [mailto:skang@aclu.org]
**Sent:** Wednesday, June 15, 2016 3:26 PM
**To:** Silvis, William (CIV); Parascandola, Christina (CIV); Andrapalliyal, Vinita B. (CIV); Murley, Nicole (CIV)
**Cc:** Matt Adams; Ahilan Arulanantham; theo.angelis@klgates.com; Kristen Jackson
**Subject:** RE: JEFM/FLB v. Lynch - proposed stipulation to extend case mgmt deadlines

Will:

Thanks for your response. Please inform us of Defendants' position by tomorrow morning at 9 AM PST. If you cannot inform us of your position by then or if Defendants are not amenable to negotiating a stipulation along the lines that Plaintiffs have proposed, we ask that Defendants join us in calling the Court to request clarification. Given that the hearing on Defendants' extension request falls the day after the dispositive motions deadline, we intend to call the Court to ask whether the filing deadline for dispositive motions remains in place, and whether the Court would be amenable to pushing that deadline out by a couple of weeks to allow for resolution of Defendants' pending extension request. As you know, the matter is becoming urgent, given that the dispositive motion filing deadline is in three weeks.

Please let us know your position on our proposed stipulation by tomorrow morning at 9 AM, or if you will join us in calling the Court tomorrow. Otherwise, we will call the Court ourselves tomorrow morning PST.

Stephen

**Stephen Kang**
Detention Attorney
ACLU Immigrants' Rights Project
39 Drumm Street, San Francisco, CA  94111
▪ 415.343.0783 ▪ skang@aclu.org
www.aclu.org 



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

**From:** Silvis, William (CIV) [mailto:William.Silvis@usdoj.gov]
**Sent:** Wednesday, June 15, 2016 10:06 AM
**To:** Stephen Kang; Parascandola, Christina (CIV); Andrapalliyal, Vinita B. (CIV); Murley, Nicole (CIV)
**Cc:** Matt Adams; Ahilan Arulanantham; theo.angelis@klgates.com; Kristen Jackson
**Subject:** RE: JEFM/FLB v. Lynch - proposed stipulation to extend case mgmt deadlines

Stephen --- we are discussing this internally with our litigation team as well as with our several agency clients, but cannot yet provide our position on Defendants' proposed stipulation.

**From:** Stephen Kang [mailto:skang@aclu.org]
**Sent:** Monday, June 13, 2016 8:56 PM
**To:** Silvis, William (CIV); Parascandola, Christina (CIV); Andrapalliyal, Vinita B. (CIV); Murley, Nicole (CIV)
**Cc:** Matt Adams; Ahilan Arulanantham; theo.angelis@klgates.com; Kristen Jackson
**Subject:** JEFM/FLB v. Lynch - proposed stipulation to extend case mgmt deadlines

Will, Nicole, Christina, and Vinita:
In light of the Court's recent order of this past Friday, Dkt. 301, we write to inquire if Defendants would be willing to stipulate to a limited extension of the case management schedule. As you know, the Court's order currently has the dispositive motion filing deadline set on 7/7, but has set a hearing on Defendants' motion for extension on 7/8, and deadlines for expert depositions and fact depositions on 7/1 and 7/15, respectively.

In light of the fact that the Court will not address the current schedule until after the deadline for dispositive motions, Plaintiffs propose a brief extension of the case management schedule that permits the parties to file dispositive motions shortly after July 15, which is the date the Court has currently set for the completion of fact depositions. Relatedly, because pushing back the deadline for dispositive motions and motions in limine necessarily affects the trial preparation schedule, we are willing to stipulate to the trial beginning on or after November 2, a date very close to that originally moved for by Defendants.

To be clear, Plaintiffs would oppose any request by Defendants to further extend discovery beyond the timelines that the Court has specified in its recent order. Plaintiffs also intend to notice the depositions of Immigration Judges Hoogasian and Rooyani, which Defendants disclosed on July 3 (the same date that discovery closed under the Court's scheduling order). Finally, any scheduling stipulation the parties reach must moot Defendants' request for extension of deadlines, Dkt. 269.

Along those lines, Plaintiffs propose an extended schedule as follows:
Expert depositions complete by 7/1
Fact depositions complete by 7/15
Dispositive motions filed by 8/25
All motions in limine filed by 9/1
Pretrial order due 10/11
Trial briefs, et al., due by 10/11
Pretrial conference 10/18
Bench trial  11/2, or as soon as possible thereafter

Note that we are still clearing this proposed trial date with our potential trial witnesses, so it may be subject to some alteration. Please inform us by Wednesday, 6/15 at 10 AM PST as to whether Defendants would be amenable to a stipulation as set forth above. Thank you.
Stephen

**Stephen Kang**
Detention Attorney
ACLU Immigrants' Rights Project
39 Drumm Street, San Francisco, CA  94111
◾ 415.343.0783 ◾ skang@aclu.org
[www.aclu.org](http://www.aclu.org)  



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*