Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.L.B., a minor, by and through his Next Friend, Casey Trupin, et al.,<br><br>Plaintiffs-Petitioners,<br>v.<br><br>Loretta E. LYNCH, Attorney General, United States, et al.,<br><br>Defendants-Respondents. | Case No. 2:14-cv-01026-TSZ<br><br>**DECLARATION OF KRISTIN MACLEOD-BALL IN SUPPORT OF PLAINTIFFS' MOTION TO REMOVE KATHERINE PEGUERO AND APPOINT INGRID PEREZ AS NEXT FRIEND TO J.R.A.P.** |

MACLEOD-BALL DECL. ISO
PLS.' MOT. TO REMOVE K. PEGUERO
AND APPOINT I. PEREZ AS NF
Case No. 2:14-cv-01026-TSZ

AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone 202-507-7500

I, Kristin Macleod-Ball, declare and state as follows:

1. I submit this declaration in support of Plaintiffs' Motion to Remove Katherine Peguero and Appoint Ingrid Perez as Next Friend to J.R.A.P. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as set forth below.

2. I am a Staff Attorney at the American Immigration Council, and am among the counsel for Plaintiffs in this case.

3. Following receipt of Defendants' Notice of Deposition of Plaintiff J.R.A.P.'s Next Friend Katherine Peguero, I called Katherine Peguero with the assistance of an interpreter. On June 23, 2016, I confirmed that Ms. Peguero would be able to attend a deposition in Miami, on July 12, 2016 at 9 am. Subsequently, I was in contact with Ms. Peguero to prepare for her deposition, including on July 11.

4. On July 12, prior to 9 am, I attempted to contact Ms. Peguero by telephone and text message. I was unable to reach Ms. Peguero.

5. On July 12 at 9 am, Ms. Peguero did not appear for her deposition. Subsequently, I travelled to the home where I believe Ms. Peguero had been staying, but no one appeared to be at home. I continued to try to reach Ms. Peguero by telephone and text message.

6. On July 12 at approximately 11 am, I reached Ms. Peguero by telephone with the assistance of an interpreter. She stated that she was at a hospital with a family member and was not able to leave. Shortly afterwards, the call was disconnected. Subsequently, I was unable to reach Ms. Peguero by telephone.

7. On July 13, 14, 15 and 18, I attempted to reach Ms. Peguero by telephone, but did not succeed.

8. On July 18, I spoke to Ingrid Perez by telephone with the assistance of an interpreter. She confirmed that she would be available for a deposition in Miami on July 22, 2016, which Defendants intend to take at 9 am on that date.

MACLEOD-BALL DECL. ISO
PLS.' MOT. TO REMOVE K. PEGUERO
AND APPOINT I. PEREZ AS NF - 1
Case No. 2:14-cv-01026-TSZ

AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone 202-507-7500

9. On July 19, I reached Ms. Peguero by telephone. I spoke to Ms. Peguero briefly with the assistance of an interpreter, but shortly after the call began, it was disconnected. I called Ms. Peguero again and spoke to her briefly a second time before the call was disconnected again. Subsequently, I was unable to reach Ms. Peguero by telephone.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 20th day of July, 2016, in Washington, DC.

    s/Kristin Macleod-Ball
    KRISTIN MACLEOD-BALL

MACLEOD-BALL DECL. ISO
PLS.' MOT. TO REMOVE K. PEGUERO
AND APPOINT I. PEREZ AS NF - 2
Case No. 2:14-cv-01026-TSZ

AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone 202-507-7500

## CERTIFICATE OF ECF FILING AND SERVICE

I certify that on July 20, 2016, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

s/ Kristin Macleod-Ball
Kristin Macleod-Ball
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7500
202-742-5619 (fax)
Email: kmacleod-ball@immcouncil.org

MACLEOD-BALL DECL. ISO
PLS.' MOT. TO REMOVE K. PEGUERO
AND APPOINT I. PEREZ AS NF - 3
Case No. 2:14-cv-01026-TSZ

AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone 202-507-7500