UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

F.L.B., et al.,

        Plaintiffs,

v.

MATTHEW G. WHITAKER,[1] et al.,

        Defendants.

C14-1026 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States Court of Appeals for the Ninth Circuit having issued a mandate on November 27, 2018, the parties are DIRECTED to show cause on or before December 20, 2018, why this matter should not be dismissed without prejudice for lack of jurisdiction.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of December, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

---

[1] Acting Attorney General Matthew G. Whitaker is hereby substituted for former Attorney General of the United States Loretta E. Lynch. Fed. R. Civ. P. 25(d). The Court takes note of the motion pending before the United States Supreme Court concerning whether the Deputy Attorney General Rod J. Rosenstein is instead the appropriate substitute for former Attorney General Jefferson B. Sessions III, who succeeded Ms. Lynch while this case was on appeal. The Court makes no ruling concerning who is the proper defendant in this matter, and intends only to indicate that Ms. Lynch and Mr. Sessions can no longer serve in such capacity.

MINUTE ORDER - 1