UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

F.L.B., et al.,

        Plaintiffs,

v.

WILLIAM BARR,[1] et al.,

        Defendants.

C14-1026 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed plaintiffs' response, docket no. 393, to the Minute Order entered December 6, 2018, docket no. 390, indicating that plaintiffs have opted not to seek a writ of certiorari from the United States Supreme Court, this matter is hereby DISMISSED without prejudice for lack of jurisdiction.

(2) The Clerk is DIRECTED to close this case and to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of May, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

---

[1] United States Attorney General William Barr is hereby substituted for former Acting Attorney General Matthew G. Whitaker. *See* Fed. R. Civ. P. 25(d).

MINUTE ORDER - 1